Fee Paid
15002265 6

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

__________ Division

VERETTA BURNETT

Case: 5:26-cv-14144
Assigned To : Levy, Judith E.
Referral Judge: Grand, David R.
Assign. Date : 10/29/2026
Description: CMP BURNETT v FEDERAL BUREAU OF INVESTIGATIONS ET AL (JP)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

-v-

FEDERL BUREAU OF INVESTIGATIONS: UNITED STATES DEPARTMENT OF JUSTICE :PURDUE GLOBAL :TESSA HOLST ;AND OTHER STATE , OTHER DEFENDANTS TO BE IDENTIFIED

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VERETTA BURNETT |
| Street Address | 381 MERTON |
| City and County | DETROIT , WAYNE |
| State and Zip Code | MICHIGAN ,48203 |
| Telephone Number | 313-675-3565 |
| E-mail Address | VERETTABURNETT123@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FEDERAL BUREAU OF INVESTIGATIONS |
| Job or Title *(if known)* | FBI , DUTY AGENTS |
| Street Address | 477 MICHIGN AVENUE |
| City and County | DETROIT , WAYNE |
| State and Zip Code | MICHIGAN 48226 |
| Telephone Number | 313-965-2323 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | TESSA HOLST |
| Job or Title *(if known)* | DEAN OF STUDENTS AT PRUDUE GLOBAL AKA KAPLAN |
| Street Address | 2550 NORTHWESTERN AVENUE SUITE 1100 |
| City and County | WEST LAFAYETTE |
| State and Zip Code | INDIANA 47906 |
| Telephone Number | 866-522-7747 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | DEPARTMENT OF JUSTICE |
| Job or Title *(if known)* | ALL AGENTS WHO WORKED ON 9-11 TO PRESENT |
| Street Address | 950 PENNSYLVANIA, AVENUE |
| City and County | NW WASHINTON |
| State and Zip Code | WASINGTON D.C. 20530 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* VERETTA BURNETT (99-200-8432), is a citizen of the State of *(name)* MICHIGAN.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* VERETTA BURNETT (99-2008432), is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* MICHIGAN.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* ____________, is a citizen of the State of *(name)* ____________. Or is a citizen of *(foreign nation)* ____________.

2. If the defendant is a corporation

   The defendant, *(name)* FEDERAL BUREAU OF INVESTIGATION, is incorporated under the laws of the State of *(name)* MICHIGAN, and has its principal place of business in the State of *(name)* MICHIGAN AND WASHINGTON DC. Or is incorporated under the laws of *(foreign nation)* UNITED STATES OF AMERICA, and has its principal place of business in *(name)* UNITED STATES OF AMERICA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I HAVE WORKED FOR THE FBI FOR 20 YEARS FINDING THE WORLD LEADERS AND MOST WANTED TERRORIST . TODAY THERE IS A NATIONAL SECURITIES RISK WITH NORTH KOREA OUT IN THE OPEN IN AMERICA(MICHIGAN) FOR RUSSIA & CHINA TO ACCESS THEM ON AMERICAN SOIL

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 10/02/2026 , at *(place)* THE POLICE ARE UNAWARE OF THE NORTH KOREANS IN AMERI ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

A NATIONAL SECURITY RISK IS AT PLAY. GEORGE BUSH 7 STATE SPONSORS OF TERRORISM ARE IN MICHIGAN. COVID 19 STARTED WHEN KIM JONG UN AND HIS SOLDIERS WERE FED RAW INFECTED RATS WHILE DOING NAILS IN THE BLACK COMUNITY. TIM WAS MOVED TO CLAIFORNIA IN 2019 TO ANOTHER NAIL SALON WHERE COVID BROKE OUT. KIM JONG SISTER HAS NOW OPENED A NAIL SALON AND IS A TARGET FOR DOMESTIC TERRORSIT WHO COME FROM CHINA AND RUSSIA

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

MY CHILDREN WERE REMOVED FROM MY CUSTODY(TWICE) 2007 IN 2018 WHEN I TOLD GOVERNMENT THAT COVID 19 IS ABOUT TO HAPPEN BECAUSE KIM JONG UN FAMILY IN AMERICA EATING RAW INFECTED RATS IN MY COMMUNITY . IN 2020 MY UNBORN BABY WAS KILLED BY ITS OWN FATHER, THE FBI USED MY PARTNER AGAINST ME, HAVING HIM BEAT ME UP , TO COVER UP THE 7 STATE SPOSNORS OF TERRORISM BEING IN MICHIGAN.AND THAT MY JOBS (3) WERE TAKEN FROM ME AT 120,000 A YEAR . 3 DIFFERENT JOBS. LOST OF MY CHILDREN , HAPPINESS, AND THE ABILITY TO ACHIEIVE

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE FBI SHOULD CALL SEAL TEAM 6 TO IMPEACH THEM FOR LYING TO THE AMERICAN PEOPLE . I FOUND OSAMA AND SALEM BIN LADEN AND EVIDENCE WILL SHOW THAT THEY WERE IN AMERICA IN 2/11/2011 WHEN I WAS DEPOSITIONED BY JAMES MCGINNIS ON HOW ("THE PEOPLE IN THE BIN LADEN VIDEOS GOT TO MY HOME) THE FBI MALICIOUSLY WITH THE STATE OF MICHIGAN REMOVED MY CHILDREN 2 TIMES FROM MY CUSTODY CAUSING IRRVOKABLE DAMAGES , MY SON WAS GIVEN HIV AFTER THE STATE REMOVED HIM FROM MY CUSTODY WHEN I FOUND OSAMA AND SALEM BIN LADEN. THE STATE CONTINUES TO COVER UP THE 7 STATES SPONSOR OF TERRORISM BY PUTTING MENTAL HEALTH LABELS ON ME . THEY THEN HAD MY FAMILY LIVING IN A CONCUBINE " WE ALL HAVE SEX WITH MY PARTNER AND BABY DADDY SADDAM HUSSEIN" INFACT THE FBI RECRUITER WAS PAYING MY SISTER NEJLAH CLARK TO DO THE BAIT AND SWITCH WHILE PAYING ME NOTHING

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/02/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Veretta Burnett

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

**VERETTA BURNETT,**

Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; PURDUE GLOBAL UNIVERSITY, formerly known as KAPLAN UNIVERSITY; TESSA HOLST; AND OTHER FEDERAL, STATE, MUNICIPAL, EDUCATIONAL, AND INDIVIDUAL DEFENDANTS TO BE IDENTIFIED,**

Defendants.

**Case No. ____________________**

**Hon. ________________________**

**COVER PAGE**

**COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, INJUNCTIVE RELIEF, EDUCATIONAL RECORD RELIEF, AND DEMAND FOR JURY TRIAL**

**Amount in Controversy / Monetary Relief Requested:**

**$20,000,000.00 total requested monetary relief**

**including $10,000,000.00 requested from Purdue Global University / Kaplan University and Tessa Holst for alleged master's degree and academic-record damages**

**Nature of Filing:** Plaintiff, proceeding pro se, submits this complaint and supporting record alleging civil-rights violations, retaliation, failure to investigate, employment and compensation-related injuries, educational-record injuries, failure to correct records, and related damages.

Plaintiff requests monetary, declaratory, injunctive, discovery, record-correction, and educational-record relief as set forth in the complaint.

**Plaintiff:**

Veretta Burnett

Plaintiff, Pro Se

Address: 381 Merton, Det. Mich. 48203

Phone: 313-675-3565

Email: Verettaburnett123@gmail.com

**Date:** 9/23/26

**Signature:**

## JS-44 Civil Cover Sheet — Eastern District of Michigan

| **JS-44 Civil Cover Sheet Information**<br>United States District Court — Eastern District of Michigan | |
|---|---|
| **I. Parties** | **Plaintiff:** Veretta Burnett, Plaintiff, Pro Se<br>**Defendants:** Federal Bureau of Investigation; United States Department of Justice; Purdue Global University, formerly known as Kaplan University; Tessa Holstof; and other federal, state, municipal, educational, and individual defendants to be identified and served according to law. |
| **County of Residence / County in Which Action Arose** | **First-listed Plaintiff County:** Wayne County, Michigan<br>**County in which action arose:** Wayne County, Michigan, subject to additional facts and venue review. |
| **Attorneys / Pro** | Veretta Burnett, Plaintiff, Pro Se |

| | |
|---|---|
| **Se Contact** | Address: __Veretta J. Burnett ____________________________ <br> Phone: _313-381 Merton Detroit Michigan <br> 48203______________________________ <br> Email: __Verettaburnett <br> 123@gmail.com______________________________ |
| **II. Basis of Jurisdiction** | ☐ 1 U.S. Government Plaintiff <br> ☒ 2 U.S. Government Defendant <br> ☒ 3 Federal Question <br> ☐ 4 Diversity <br><br> *Note:* If only one box may be selected for filing, Plaintiff should verify whether "U.S. Government Defendant" or "Federal Question" is the correct selection based on the Clerk's instructions and the final claims asserted. |
| **III. Citizenship of Principal Parties** | For diversity cases only. Plaintiff does not presently assert diversity as the sole basis of jurisdiction. If diversity is later asserted, citizenship boxes must be completed according to JS-44 instructions. |
| **IV. Nature of Suit** | Potential nature-of-suit categories to review before filing include civil rights, employment, other statutory actions, contract/education-record issues, and other appropriate JS-44 categories. Plaintiff or counsel should select only one final Nature of Suit code as required by the JS-44 instructions. |
| **V. Origin** | ☒ 1 Original Proceeding <br> ☐ 2 Removal from State Court |

| | |
|---|---|
| | Other origin categories should be used only if applicable under the official JS-44 form and Clerk's instructions. |
| **VI. Cause of Action** | 42 U.S.C. § 1983; constitutional and civil-rights claims; alleged retaliation; alleged failure to investigate, protect, and correct records; employment and compensation-related claims; education-record and contract-related relief; and supplemental related claims as permitted by law. |
| **VII. Requested in Complaint** | **Demand:** $20,000,000.00 total requested monetary relief. For JS-44 data-entry purposes, if the demand field accepts only thousands and a four-digit maximum, the Eastern District instructions indicate that demands of $10,000,000 or more should be entered as "9999."<br>**Jury Demand:** ☒ Yes — Plaintiff demands trial by jury on all issues so triable.<br>**Class Action:** ☐ No, unless later amended and certified under Rule 23. |
| **VIII. Related Case Information** | Related or referenced matter: Case No. 2:09-cv-14238 and related deposition materials referenced in the complaint and supporting record. |
| **Signature** | Date: 9/30/26<br>Signature: [signature]<br>Printed Name: Veretta Burnett, Plaintiff, Pro Se |

## JS-44 Information for Official Civil Cover Sheet

| JS-44 Field | Information to Enter on Official Form |
|---|---|
| I. Parties | **Plaintiff:** Veretta Burnett, Plaintiff, Pro Se<br>**Defendants:** Federal Bureau of Investigation; United States Department of |

| | |
|---|---|
| | Justice; Purdue Global University, formerly known as Kaplan University; Tessa Holstof; and other federal, state, municipal, educational, and individual defendants to be identified and served according to law. |
| County of Residence / County Where Action Arose | **Plaintiff County:** Wayne County, Michigan<br>**County Where Action Arose:** Wayne County, Michigan, subject to final venue review. |
| Attorney / Pro Se Information | Veretta Burnett, Plaintiff, Pro Se<br>Address: 381 merton<br>Phone: 313-675-3565<br>Email: verettaburnett123@gmail.com |
| II. Basis of Jurisdiction | Recommended review before filing: U.S. Government Defendant and/or Federal Question. If the official form permits only one selection, confirm with the Clerk's Office or counsel whether to select "U.S. Government Defendant" or "Federal Question." |
| III. Citizenship of Principal Parties | Complete only if diversity jurisdiction is asserted. Current draft does not rely on diversity as the sole jurisdictional basis. |
| IV. Nature of Suit | Select one final Nature of Suit code from the official JS-44 list. Possible categories to review include civil rights, employment, other statutory actions, contract, education-record relief, government-record correction, and related claims. |
| V. Origin | Original Proceeding, unless the case is filed as removal, remand, transfer, multidistrict litigation, or another official origin category. |

2 days after I gave the FBI geographical profiled locations of the World Leaders and Most Wanted Terrorist listed above . For a grand total of 5 million 75 thousand dollars for the work I've done for the FBI ( Chris Hess-7 ,David Harmon, Gwen Rosenthal in her Professional and Personal Capacity ) James McGinnis laughed and said they don't have to pay me because I told them I am not an Informant . I work for Chris Hess- 7 the FBI as a confidential informant which means that I don't have to divulge my work to James McGinnis or Srgt. Brenda Stevenson without the permission or confirmation from Chris Hess-7 , David Harmon and Gwen Rosenthal in her personal and professional capacity ,especially when Chief Theodore Caldwell II of Highland Park Police is and has been apart in the making and distribution of the Osama Bin Laden Terrorist Tapes with Osama Bin Lâden number 2 taking advantage of the fears of American People and Government from with inside of America. 53

Exhibit D — Employment, Lost Wages, Equal Pay, and Work-Credit Claims 103

the United States of America for Domestic Terrorism that reached international borders and inadequately training officers on Terrorism in Highland Park Michigan , Jersey City , New Jersey , Hoboken, New Jersey , New York , Detroit Michigan , and Chicago Illinois . I'm filing 42 U.S.C. 1983 suit for Lost wages Equal Pay/Compensation Discrimination 104

Equal Pay/Compensation and Sex Discrimination 104

Exhibit E — Police Reports, Excessive Force, Highland Park, Detroit, and Municipal Liability 105

– Furthermore , under the Equal Pay Act - William T Ford , (Mayor Yopp) is included in this suit Rule 20 ( 2) (a)(b) - The City of Highland Park Mi- Attorney manages all civil litigation for the City; serves as chief legal advisor to the City Council and attends its meetings; advises officers, departments and boards in matters relating to their official duties; defends the City's officers and employees in all actions that may be brought against them for acts done in the performance of their duties; and conducts such other actions in court and before other legally

| | |
|---|---|
| VI. Cause of Action | 42 U.S.C. § 1983; constitutional and civil-rights claims; alleged retaliation; alleged failure to investigate, protect, and correct records; employment and compensation-related claims; education-record and contract-related relief; and supplemental related claims as permitted by law. |
| VII. Requested in Complaint | **Demand:** $20,000,000.00 total requested monetary relief. If the official data-entry field accepts only thousands and a four-digit maximum, enter "9999" if required by court instructions for demands of $10,000,000 or more.<br>**Jury Demand:** Yes.<br>**Class Action:** No, unless later amended and certified. |
| VIII. Related Cases | Case No. 2:09-cv-14238 and related deposition materials referenced in the complaint and supporting record. |
| Date and Signature | Date: 9/30/26<br>Signature: [signature]<br>Printed Name: Veretta Burnett, Plaintiff, Pro Se |

**Table of Contents for Main Complaint**


I. Parties and Defendants 11

II. Core Allegations 11

III. Evidence and Supporting Materials 12

IV. Claims for Relief 12

V. Requested Relief 13

VI. Preservation of Full Supporting Record 13

I. Introduction 14

II. Parties 14

III. Jurisdiction and Venue 15

IV. Factual Allegations 15

Supplemental Allegations Concerning Work at 9731 Harper Avenue and State-Sponsor-of-Terrorism Matters 17

V. Claims for Relief 17

Count I — Deprivation of Civil Rights 17

Count II — Failure to Train, Supervise, Investigate, or Correct Records 18

Count III — Retaliation and Interference with Protected Activity 18

Count IV — Negligence and Gross Negligence 18

Count V — Unpaid Compensation, Lost Wages, and Related Damages 18

Count VI — Employment Interference, Retaliation, Lost Wages, and Hostile Work-Life Interference 19

Count VII — Misappropriation of Plaintiff's Work, Misattribution of Credit, and Payment to Others 19

VI. Prayer for Relief 20

VII. Jury Demand 20

VIII. Signature Block 20

Exhibit Index 21

Exhibit A — Party, Defendant, and Service Information 26

Exhibit C — FBI Reports, Informant Work, Geographic Profiling, and Compensation 29

Exhibit B — Case No. 2:09-cv-14238 and Deposition Materials 33

Rule 44. Proving an Official Record of the Police report sent to Marianne O Battani regarding Vladimir Putin , and Qari Bilal who kidnapped my son in 2014, Also was a detailed report given to Kaplan University in 2012 about the whereabouts of the Missing World Leaders and Most Wanted Terrorist 36

Bush Takes Office 49

Admission of Nuclear Program 50

I had given Shawn Cabot P-64021 the brief of Kim Jong UN Secret Detention and he as my attorney showed willful misconduct by "objecting" or " blocking discovery to James McGinnis line of questioning blocking discovery Title V and the mechanics of discovery and disclosures, on when I was on drugs basing his objection to relevance .Rule (27) Depositions to Perpetuate Testimony (a) (4) *Using the Deposition.* A deposition to perpetuate testimony may be used under Rule 32(a) in any later-filed district-court action involving the same subject matter if the deposition either was taken under these rules or, although not so taken, would be admissible in evidence in the courts of the state where it was taken. Shawn Cabot as my attorney blocked critical information , thus blocking my original settlement amount of $75,000 for the physical crucifix and police brutality by Srgt. Brenda Stevenson because 2 days earlier I had made the FBI aware of Chief of Police Theodore Caldwell II involvement in the Osama Bin Laden Terrorist Tapes and the location and phone number of hamza Bin Laden due to the constant threats being put on them to make more terrorist tapes , . Instead James McGinnis , William Ford and Shawn Cabot colluded not to pay me $5 million dollars for the Terrorism work of finding Osama Bin Laden number 1… in 2004, and Osama Bin Laden in 2005 - and Kim Jong Un in Highland Park Michigan in 2014 and Vladimir Putin in 2013 and $75,000 as a separate payment for the police brutality committed by Srgt. Brenda Stevenson on November 7th , 2007 ,

constituted tribunals as directed by the mayor. (Highland ParkMi.gov ) The City's Law Department is involved in the regulation of City liquor licenses, the preparation of development agreements and contracts, and the processing of Freedom of Information Act requests. In collaboration with the Police Department and Code Enforcement, the City Attorney prosecutes misdemeanors and civil infractions in 30th District Court and works to insure that people convicted of criminal or civil violations pay their share of fines and costs. (HighlandParkmi.gov) 112

I work for F.B.I agent Chris Hess-7 , and David Harmon starting in 2005. According to Federal law and U. S. EEOC – job content(Not titles) like informant , consultant , matter ; only thing that matters is the work I did for the FBI ) determine rather jobs are substantially equal . As will the content of my work will show that it is equal to my male counterpart ) and co-workers in the field of apprehension , catch and release , of Most Wanted World Leaders and Most Wanted Terrorist - then report to the F.B.I in real time . 112

As I Veretta Burnett was paid pretextual(for sex) ( from Abu Masub Al-Zaqawi/Joe ) 113

MINIMUM WAGE 113

Exhibit F — Child Custody, DHHS, School, and Family-Integrity Records 124

*The 1990s[edit]* 194

*See also[edit]* 213

*Sources[edit]* 213

*Commodity Research Bureau. The CRB Commodity Yearbook 1996, Wiley & Sons, Hoboken, 1996. References[edit]* 213

Categories of Terrorist Organizations (In this case we have One Terrorist organization the KKK detaining and profiting from North Korea's President Kim Jong UN Directly – ( Kim Jong UN

is the Foreign Terrorist Organization being held captive by a Domestic Terrorist Group the KKK) 214

Tier I 214

Tier II 215

What Constitutes a "False Arrest?" 238

Visual guide to the raid that killed Isis leader Abu Bakr al-Baghdadi 241

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

**VERETTA BURNETT,**

Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; AND OTHER FEDERAL, STATE, MUNICIPAL, AND INDIVIDUAL DEFENDANTS TO BE IDENTIFIED,**

Defendants.

**Case No.** ____________________

**Hon.** ________________________

**COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DEMAND FOR JURY TRIAL**

**CONDENSED STATEMENT OF CLAIMS AND PRESERVATION OF SUPPORTING RECORD**

**Purpose of this condensed section:** This section summarizes Plaintiff's core allegations, claims, requested relief, and evidentiary themes in a shorter legal format. The full document that follows is preserved as Plaintiff's supporting factual narrative, proposed exhibits, chronology, and source material.

## I. Parties and Defendants

Plaintiff Veretta Burnett brings this action individually and, where legally permitted, on behalf of family members whose claims arise from the same alleged events. Defendants include federal, state, county, municipal, law-enforcement, social-service, and individual actors identified in the supporting materials. Plaintiff alleges that these actors participated in, ignored, failed to investigate, failed to correct, or failed to compensate injuries and work described throughout the attached factual record.

## II. Core Allegations

Plaintiff alleges that she provided reports, investigative leads, geographic profiling, witness information, and related assistance concerning terrorism-related matters, public safety threats, alleged secret detention locations, alleged misconduct, and alleged civil-rights violations. Plaintiff alleges that the information was provided to or involved federal and local law-enforcement entities, including persons Plaintiff identifies as connected to the FBI and municipal law enforcement.

Plaintiff further alleges that, after providing information and assistance, she and her family suffered retaliation, excessive force, improper records, loss of custody or family disruption, lost wages, unpaid compensation, medical and emotional injury, housing instability, and other damages. Plaintiff alleges that defendants failed to investigate, preserve evidence, correct

records, protect Plaintiff and her family, or fairly compensate Plaintiff for alleged work performed.

## III. Evidence and Supporting Materials

Plaintiff relies on deposition testimony, Case No. 2:09-cv-14238 materials, police reports, court filings, correspondence, witness names, addresses, phone records, employment or work records, school and child-welfare records, medical records, FBI or law-enforcement communications, and other documents described in the full supporting narrative. Plaintiff requests discovery to confirm, authenticate, correct, and obtain the complete records relevant to these allegations.

## IV. Claims for Relief

Plaintiff asserts claims including, but not limited to: deprivation of civil rights; retaliation for protected reporting activity; failure to train, supervise, investigate, or correct records; negligence and gross negligence; municipal and county liability; unpaid compensation and lost wages; interference with family integrity; denial of due process; and any related constitutional, statutory, or equitable claims supported by the evidence and allowed by law.

Plaintiff also asserts education-related claims against Purdue Global University, formerly Kaplan University, and Tessa Holstof, based on allegations that Plaintiff's master's degree, thesis-track records, grade-change records, publication rights, student research records, and related academic records were wrongfully withheld, delayed, misclassified, or denied.

Plaintiff requests that the Court compel Tessa Holstof and Purdue Global University to produce, recognize, release, or correct Plaintiff's master's degree records and related academic records, including thesis-track records, grade-change communications, registrar records, transcript records, publication or research-access records, and all emails, telephone logs, notes, account records, and communications reflecting Plaintiff's last contact in or around 2025.

Plaintiff further requests monetary relief from Tessa Holstof and Purdue Global University in the amount of **$10,000,000.00** for alleged damages arising from the withholding, delay, denial, or failure to correct Plaintiff's master's degree and academic records, together with any related lost wages, lost professional opportunities, emotional distress, publication-related damages, fees, costs, and other relief permitted by law.

**Citation Placeholders for 2025 Purdue Global Emails and Phone Records**

| **Exhibit Label** | **Citation Placeholder** | **To Be Completed With** |
|---|---|---|
| Exhibit D-1 | [Ex. D-1, 2025 Email, Page/Attachment No. ___, Email Date: ___, Subject: ___, Sender: ___, Recipient: ___, Message ID: ___] | Complete with page or attachment number, email date, subject line, sender name/email address, recipient name/email address, message ID, attachment name, and any relevant quoted language. |
| Exhibit D-2 | [Ex. D-2, 2025 Purdue Global Phone Record, call dated ___, time ___, number ___] | Phone log, call date, call time, caller/called number, duration, voicemail record, notes, or transcript. |
| Exhibit D-3 | [Ex. D-3, Purdue Global Registrar/Academic Record, dated ___, record ID ___] | Registrar notes, transcript record, grade-change record, thesis-track record, account note, or academic status record. |
| Exhibit D-4 | [Ex. D-4, Purdue Global Account or Student Portal Record, screenshot/export dated ___] | Student portal screenshot, account ledger, degree audit, academic progress record, financial hold notice, or publication/research access record. |

## Employee Lawsuit Section — Employment, Retaliation, Compensation, and Lost-Wage Claims

Plaintiff brings this employment-related claim against Defendants and any employer, agency, contractor, municipality, educational institution, or government-connected entity identified through discovery. Plaintiff alleges that she performed work, provided reports, supplied investigative assistance, engaged in geographic profiling, preserved public-safety information, and provided other services for which she was not properly paid, credited, protected, or accommodated.

Plaintiff further identifies the following employment and work-history locations as relevant to her employment, compensation, lost-wage, and work-credit claims: DRMM at or connected with 13200 Woodward Avenue, Highland Park, Michigan; Travelers Aid Society of Metropolitan Detroit, Detroit, Michigan; and Career Coach services or work at Northwest Activity Center. Plaintiff alleges that records from these employers, agencies, locations, and related programs are relevant to proving employment history, work performed, lost wages, job duties, job loss, work-credit issues, and damages.

### Numbered Employment Allegations Based on Work History

1. Plaintiff alleges that she was employed by, worked for, or performed work connected to DRMM at or near 13200 Woodward Avenue, Highland Park, Michigan.
2. Plaintiff alleges that, at DRMM, she was paid approximately **$15.00 per hour**, while Plaintiff contends the position or comparable work paid approximately **$25.00 per hour**.
3. Plaintiff alleges that, beginning in or around **2021**, she began receiving mail she identifies as connected to Salem bin Laden while working at or connected to the DRMM location, and that those mail records should be preserved and produced in discovery.

4. Plaintiff alleges that DRMM records are relevant to her employment history, job duties, work performed, dates of employment, wage rate, alleged wage disparity, supervisor information, mail records, and employment-related damages.

5. Plaintiff alleges that she was employed by, worked for, or performed work connected to Travelers Aid Society of Metropolitan Detroit in Detroit, Michigan.

6. Plaintiff alleges that, at Travelers Aid Society of Metropolitan Detroit, she was paid approximately **$21.00 per hour**, while Plaintiff contends the position or comparable work paid approximately **$25.00 per hour**.

7. Plaintiff alleges that records from Travelers Aid Society of Metropolitan Detroit are relevant to her job duties, work history, compensation, lost wages, alleged wage disparity, work performance, employment opportunities, and damages.

8. Plaintiff alleges that she worked as, worked with, or performed services connected to a Career Coach position or program at SER Metro and/or Northwest Activity Center.

9. Plaintiff alleges that, as a Career Coach, she was paid approximately **$20.00 per hour**.

10. Plaintiff alleges that Career Coach, SER Metro, and Northwest Activity Center records are relevant to proving job duties, services performed, employment dates, wage history, job loss, professional opportunities, and work-credit issues.

11. Plaintiff alleges that the above work-history locations may have coincided with information, records, mail, contacts, or communications involving persons identified elsewhere in the supporting record. Plaintiff requests discovery to determine whether any such information affected Plaintiff's employment, wages, job stability, work-credit claims, or damages.

12. Plaintiff alleges that Defendants' conduct interfered with her ability to maintain stable employment, receive proper compensation, obtain credit for work performed, and preserve employment opportunities connected to these work-history locations.

13. Plaintiff alleges that she suffered lost wages, loss of earning capacity, lost professional opportunities, emotional distress, and related damages connected to the employment and work-history matters identified above.

14. Plaintiff requests discovery of employment files, payroll records, W-2s, 1099s, tax records, supervisor records, personnel records, job descriptions, time records, communications, termination or separation records, benefit records, mail records, and any records showing work performed, wages paid, comparable wage rates, or wages lost.
15. Plaintiff incorporates these employment allegations into her claims for unpaid compensation, employment interference, retaliation, lost wages, work-credit denial, compensation discrimination, and related relief.

Plaintiff alleges that Defendants retaliated against her, interfered with her work opportunities, denied or failed to credit her work, failed to compensate her for services rendered, and caused or contributed to lost employment, lost wages, loss of earning capacity, loss of professional opportunities, emotional distress, and related damages. Plaintiff further alleges that some employment and compensation decisions were based on the title assigned to her work rather than the substance, value, or content of the work actually performed.

Plaintiff asserts employment-related claims including unpaid compensation, retaliatory interference, lost wages, hostile work-life interference, failure to provide work credit, failure to correct employment-related records, compensation discrimination, and any related civil-rights or statutory claims supported by discovery. Plaintiff requests discovery concerning payroll records, work assignments, communications, informant or consultant payments, contract records, agency files, job records, employment denials, termination or discipline records, disability or accommodation records, and records showing who received credit or payment for work Plaintiff alleges she performed.

Plaintiff seeks relief for these employment-related claims as part of the overall monetary demand of **$20,000,000.00**, including unpaid compensation, lost wages, loss of earning capacity, lost professional opportunities, emotional-distress damages, correction of employment and

compensation records, production of relevant employment records, pre-judgment and post-judgment interest, costs, and all other relief permitted by law.

**Placeholders for Employment Records and Lost-Wage Evidence**

| **Exhibit Label** | **Evidence Source** | **Citation Placeholder** | **Purpose** |
|---|---|---|---|
| Exhibit D-5 | Employment history and job records | [Ex. D-5, Employment Record, Employer: DRMM / Travelers Aid Society of Metropolitan Detroit / SER Metro Career Coach / Career Coach at Northwest Activity Center / Other: ___, Location: 13200 Woodward Avenue, Highland Park, MI / Detroit, MI / Northwest Activity Center, Position: ___, Dates: ___–___, Job Duties: ___, Wage Paid: $15.00/hr at DRMM; $21.00/hr at Travelers Aid; $20.00/hr at SER Metro/Career Coach; Comparable or expected wage: $25.00/hr where applicable, Supervisor/Contact: ___, Page/Bates No. ___] | Supports employment history, work performed, job title, job duties, dates of employment, work locations, supervisor/contact information, wage rates paid, comparable wage-rate evidence, Salem bin Laden-related mail records from 2021, and employment records from DRMM, Travelers Aid Society of Metropolitan Detroit, SER Metro Career Coach/Northwest Activity Center, and other employers. |

| | | | |
|---|---|---|---|
| Exhibit D-6 | Payroll, paystubs, W-2s, 1099s, and tax records | [Ex. D-6, Payroll/Tax Record, Year: ___, Employer/Payer: ___, Amount: ___, Page/Bates No. ___] | Supports wage history, unpaid compensation, income loss, and damages calculations. |
| Exhibit D-7 | Lost-wage calculation worksheet | [Ex. D-7, Lost-Wage Calculation, Period: ___ to ___, Estimated Loss: $___, Basis: ___] | Summarizes lost wages, lost earning capacity, benefit loss, and claimed economic damages. |
| Exhibit D-8 | Job applications, interview records, rejection notices, and lost opportunities | [Ex. D-8, Job/Lost Opportunity Record, Employer: ___, Date: ___, Position: ___, Result: ___] | Supports claims for lost employment opportunities and interference with work prospects. |
| Exhibit D-9 | Communications concerning work, compensation, assignments, or denials | [Ex. D-9, Work/Compensation Communication, Date: ___, Sender: ___, Recipient: ___, Subject: ___] | Supports requests for payment, denial of compensation, assignment history, or work-credit disputes. |
| Exhibit D-10 | Agency, contractor, informant, consultant, or work-credit records | [Ex. D-10, Agency/Consultant/Work-Credit Record, Agency/Entity: ___, Date: ___, Record ID: ___] | Supports allegations that Plaintiff performed work, supplied information, or was denied credit or compensation. |

| | | | |
|---|---|---|---|
| Exhibit D-11 | Benefits, SSDI work-credit, unemployment, or public-benefit records | [Ex. D-11, Benefits/SSDI/Unemployment Record, Agency: ___, Date: ___, Claim/Record No. ___] | Supports claims concerning lost benefits, work credits, disability-related records, or unemployment damages. |
| Exhibit D-12 | Medical, counseling, or stress-related employment impact records | [Ex. D-12, Employment-Impact Medical/Stress Record, Provider: ___, Date: ___, Page/Bates No. ___] | Supports emotional distress, inability to work, work disruption, or damages tied to employment interference. |

Plaintiff also asserts employment-related claims, including unpaid compensation, lost employment, lost earning capacity, retaliatory interference with employment, hostile interference with Plaintiff's home and work life, and any related claims supported by discovery. Plaintiff alleges that federal actors denied or failed to recognize her claims while conduct by persons Plaintiff identifies as FBI informants or government-connected actors continued to interfere with Plaintiff's household, intimate relationship, emotional stability, and ability to maintain employment.

Plaintiff further alleges that the FBI, federal actors, or related entities paid, credited, protected, or benefited other persons for work, information, investigative leads, or geographic profiling that Plaintiff contends she performed. Plaintiff alleges that this includes work relating to locating, identifying, reporting, or preserving information concerning persons Plaintiff identifies as Salem bin Laden, Osama bin Laden-related persons, and other individuals referenced in the supporting

record. Plaintiff further alleges that inaccurate statements by police or other actors, including statements that Salem bin Laden was deceased, caused Plaintiff's work to be denied, misattributed, concealed, or uncompensated.

## V. Requested Relief

Plaintiff requests monetary relief in the amount of **$20,000,000.00**, together with all other relief permitted by law, including compensatory damages, unpaid compensation, lost wages, loss of earning capacity, emotional-distress damages, medical expenses, housing-related damages, family-related damages, consequential damages, punitive damages where permitted by law, pre-judgment and post-judgment interest, costs, any available attorney's fees, correction of records, preservation and production of relevant evidence, declaratory relief, injunctive relief, and any other relief the Court deems just and proper. Plaintiff also requests that the Court allow discovery sufficient to identify responsible parties, authenticate records, calculate damages, and determine the full extent of monetary and non-monetary harm.

Within the requested relief, Plaintiff specifically seeks an order compelling Tessa Holstof and Purdue Global University, formerly Kaplan University, to produce, recognize, release, or correct Plaintiff's master's degree and related academic records, and to pay Plaintiff **$10,000,000.00** for alleged damages connected to the withholding, delay, denial, or failure to correct those records. Plaintiff identifies her last known contact concerning these matters as occurring in or around 2025 through emails and telephone communications.

## VI. Preservation of Full Supporting Record

The following pages are incorporated as Plaintiff's full factual background, evidentiary narrative, proposed exhibit descriptions, witness references, and supporting chronology. This condensed section is intended to assist the Court and reviewing counsel by presenting the main allegations in a shorter and more organized form without deleting Plaintiff's original supporting material.

# FORMAL DRAFT COMPLAINT FOR REVIEW BY COUNSEL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**Veretta Burnett, individually and on behalf of any properly represented minor or dependent parties, Plaintiff,**

v.

**Federal Bureau of Investigation; United States Department of Justice; and other governmental, municipal, and individual defendants to be identified and served according to law, Defendants.**

**Draft Complaint for Damages, Declaratory Relief, Injunctive Relief, and Other Appropriate Relief**

**Important note:**

## I. Introduction

Plaintiff Veretta Burnett brings this civil action seeking review, investigation, compensation, and other relief arising from alleged actions and omissions by federal, state, municipal, and individual actors. Plaintiff alleges that she provided information and assistance concerning terrorism-related matters, public safety concerns, and alleged misconduct, and that she and her family suffered retaliation, deprivation of rights, financial injury, emotional distress, family disruption, and other damages.

Plaintiff further alleges that prior communications, reports, court filings, police records, deposition testimony, correspondence, and other documents referenced in the attached or following materials support her request for relief. The remaining body of this document is preserved as Plaintiff's factual narrative, supporting chronology, proposed exhibits, and statement of allegations.

## II. Parties

**Plaintiff.** Plaintiff Veretta Burnett is an individual residing in Michigan. Plaintiff states that she brings this action for herself and, where legally permitted, on behalf of family members or minors who may require proper representation, appointment, or protection under applicable law.

**Federal Defendants.** Plaintiff identifies the Federal Bureau of Investigation, the United States Department of Justice, and related federal actors as defendants or potential defendants based on alleged federal involvement, alleged use of Plaintiff's information, alleged failure to compensate, alleged failure to protect, and alleged failure to investigate or correct records.

**State, Municipal, and Individual Defendants.** Plaintiff also identifies governmental entities, municipal actors, attorneys, law enforcement officers, social service agencies, and other individuals referenced in the supporting materials as defendants or potential defendants. Plaintiff should confirm the correct legal names, capacities, addresses for service, and whether each proposed defendant may be sued under the applicable law.

## III. Jurisdiction and Venue

Plaintiff alleges that this Court has federal-question jurisdiction because the claims arise under the Constitution and laws of the United States, including alleged violations of civil rights, due process, equal protection, retaliation, failure to train, and related claims. Plaintiff also references claims under 42 U.S.C. § 1983, potential constitutional claims against federal actors, and related federal statutes and rules. Plaintiff should have counsel evaluate whether sovereign immunity, qualified immunity, statute of limitations, administrative exhaustion, pleading standards, and other defenses may apply.

Venue is alleged to be proper in the Eastern District of Michigan because significant events alleged in the supporting materials occurred in Michigan, because Plaintiff resides in Michigan,

and because several alleged defendants, witnesses, records, and events are connected to Michigan.

## IV. Factual Allegations

Plaintiff alleges that, beginning in or around the early 2000s and continuing for many years, she reported information to law enforcement and other entities concerning terrorism-related activity, alleged detention sites, public safety threats, and alleged misconduct by governmental or private actors. Plaintiff states that she provided names, locations, descriptions, records, reports, and other information that she believed related to matters of national security and public safety.

Plaintiff alleges that she suffered retaliation and harm after reporting such information, including alleged excessive force, false or improper records, financial losses, loss of work opportunities, deprivation of family integrity, emotional distress, medical injury, and harm to her children. Plaintiff further alleges that certain defendants failed to investigate, failed to protect, failed to train personnel, failed to correct records, failed to disclose or preserve evidence, and failed to compensate Plaintiff for work or information allegedly provided.

Plaintiff incorporates by reference the factual narrative, documents, names, dates, locations, court references, police reports, deposition references, and requests for relief contained in the following pages of this document. Plaintiff intends those materials to support the claims summarized in this draft complaint, subject to review for admissibility, relevance, accuracy, privilege, timeliness, and legal sufficiency.

Plaintiff further alleges that deposition testimony and related materials from Case No. 2:09-cv-14238 include information concerning how individuals Plaintiff identifies as Osama bin Laden and Salem bin Laden came to or were connected with Plaintiff's residence. Plaintiff also alleges that related testimony, records, or investigative materials should be reviewed to determine the

identities, aliases, routes of travel, persons involved, dates, locations, and governmental knowledge connected to those alleged events.

Plaintiff further alleges, upon her own information and belief, that Abdul El-Sayed may be connected to or misidentified in records relating to Omar bin Laden, the son of Osama bin Laden. Plaintiff requests that the Court permit discovery sufficient to determine whether any such alleged identity, alias, misidentification, familial relationship, or governmental record exists, and to identify any records, witnesses, or agencies with relevant information.

**Supplemental Allegations Concerning Work at 9731 Harper Avenue and State-Sponsor-of-Terrorism Matters**

Plaintiff further alleges, upon information and belief, that she performed work, reporting, geographic profiling, and related assistance concerning terrorism-related matters at or connected with 9731 Harper Avenue, Detroit, Michigan 48213. Plaintiff alleges that this work involved persons and matters she associates with Rashid Al-Maktoum, whom Plaintiff identifies as the Supreme Ruler of Dubai, and with other individuals, entities, or contacts referenced in the supporting materials.

Plaintiff further alleges that her work and reports related to matters she connects with former President George W. Bush, the administration's post-September 11 counterterrorism policies, and countries or persons Plaintiff identifies as connected to state sponsors of terrorism. Plaintiff requests discovery sufficient to identify any federal, foreign, municipal, intelligence, law-enforcement, employment, compensation, or recordkeeping materials concerning Plaintiff's alleged work, communications, reports, and injuries arising from these matters.

## V. Claims for Relief

**Count I — Deprivation of Civil Rights**

Plaintiff alleges that one or more defendants, acting under color of law or in concert with governmental authority, deprived Plaintiff and her family of rights protected by the Constitution and laws of the United States. Plaintiff alleges that these deprivations included retaliation, denial of due process, unequal treatment, failure to protect, improper handling of records, and interference with family integrity.

**Count II — Failure to Train, Supervise, Investigate, or Correct Records**

Plaintiff alleges that municipal and governmental defendants failed to adequately train, supervise, investigate, or discipline personnel concerning terrorism-related reports, civil rights, use of force, child safety, recordkeeping, and responses to Plaintiff's complaints. Plaintiff alleges that these failures caused foreseeable harm and contributed to ongoing injuries.

**Count III — Retaliation and Interference with Protected Activity**

Plaintiff alleges that she engaged in protected activity by reporting alleged criminal conduct, terrorism-related concerns, civil rights violations, and public safety threats. Plaintiff alleges that, after these reports, defendants or their agents retaliated against her through intimidation, adverse official action, improper records, loss of custody or family disruption, denial of compensation, and other harms.

**Count IV — Negligence and Gross Negligence**

Plaintiff alleges that one or more defendants owed duties of reasonable care, including duties to investigate credible reports, protect Plaintiff and her family, maintain accurate records, protect children, and avoid foreseeable harm. Plaintiff alleges that defendants breached those duties and that the breaches caused physical, emotional, financial, and family-related injuries.

**Count V — Unpaid Compensation, Lost Wages, and Related Damages**

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-0001*

**CERTIFIED MAIL #** 9589 0710 5270 4316 5051 02 **OCT 0 1 2026**

Veretta Burnett
3[redacted]81 Merton Road
Detroit, Michigan 48203

**Re:**
**Administrative Tort Claim OGC # 57275**
**Administrative Tort Claim OGC # 57276**
**Administrative Tort Claim OGC # 57277**
**Administrative Tort Claim OGC # 57278**
**Administrative Tort Claim OGC # 57279**
**Administrative Tort Claim OGC # 57280**
**Administrative Tort Claim OGC # 57281**

Dear Ms. Burnett,

This responds to the above-referenced administrative tort claim received by the United States Marshals Service (USMS) on September 29, 2026, in the amount of $10,000,000.00, $10,000,000.00, $10,000,000.00, $10,000,000.00, $10,000,000.00, $30,000,000.00, and $10,000,000.00, respectively. In your claims, you raise a variety of complaints for events on August 27, 2026, May 4, 2026, and December 9, 2025, related to the Federal Bureau of Investigation (FBI).

The applicable provisions of the Federal Tort Claims Act (FTCA) [28 U.S.C. §§ 1346(b), 2401(b), 2671, et seq.] provide for the payment of claims which arise from the negligent or wrongful act or omission of an employee of the Federal Government while acting within the scope of his or her employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

We are referring this matter to the FBI, the federal agency which will make the final determination of your claim, pursuant to 28 C.F.R. §14.2(b)(1). Please address any future correspondence concerning this matter to: Federal Bureau of Investigation, Office of the General Counsel, 935 Pennsylvania Avenue, NW, Suite 10140, Washington, DC 20535.

Sincerely,

for
Charlotte Luckstone
General Counsel

cc: FBI

...gnature below indicates the Tenant has read, understood, is satisfied ... agrees to abide by all conditions of this agreement. The invalidation of any ... herein by Judgment of Court order shall not otherwise affect any of the other ...ions of this agreement.

Agent/Landlord Name: Harlock Holdings LP

Date: February 10, 2025

Signature: Nicole C Brown

PLEASE PRINT LEGIBLY

Tenant

Name and Last name: Ali Alkindi & Veretta Burnett

DOB: 10/27/1976

SSN: 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

Phone number: (313) 675-3565

Email address: Verettaburnett123@gmail.com

Signature: ______

25343320
Dementria Brue
on 3/13/25
Det Homes Prop aka.
Harlock holdings
VS.
Ali Alkindi & V. Burnett
313-675-3565
Verettaburnett123@
gmail.com

12:47

September 22, 2024
8:56 AM

A Yes.
Q To visit whom?
A Me.
Q Okay.
And what is your connection with the terrorists who associated with Bin Laden?
A I use to dance at 007. I use to be a dancer. Oh, I forgot about that. I'm sorry.
That was one of my employments in 2001.
Q Okay.
A Sorry.
Q That's fine.
And where did you dance?
A 007.
Q And where is that located?
A Detroit, 7 Mile, Outer Drive.
Hot Tamales, All Stars.
Q The what All Stars?
A All Stars.
Q All Stars.
A Uh-huh.
Q And what kind of dancing --
A The Tycoon.
Q Tycoon is another establishment?
A Yes, sir.

Osama & Salem Bin laden Deposition.

12:47

September 22, 2024
8:56 AM

MR. CABOT: I'll just object to relevance. Go ahead and answer.

BY MR. MCGINNIS (continuing):

Q What type dancing was this?

A Topless entertainment.

Q And how long were you employed by 007 and Tycoon?

A Well, for all of my -- I had to dance, maybe about, a year. Maybe a year, maybe on and off for a year and a half, something like that. But I know I didn't dance no more than two to three years. I didn't dance that long.

Q All right.

I'm trying to see how the people in the video with Bin Laden --

A Because they --

Q -- got to be visitors at your home. Explain that.

A Okay.

I'm a Muslim, with the Nation of Islam. I really was, use to be a good girl. I use to go to the church, go to the Mosque, but somehow or another I got -- I started dancing when somebody had beat my baby's father and put him in a coma. We was together for seven years, but then once somebody had beat him almost half to death, I didn't have no way to take care of me and my three kids. So, I started dancing.

27

page-27-07 my Osama & Salem Bin Laden Deposition. as evidence that Seal Team 6 & Barack Obama are lying to America, The FBI DOJ and everyone else!

9:00

December 1, 2023

10:02 AM




Hal Salvador NW in 2022 -

9:00

November 29, 2023
2:21 PM




Hal Salvador
Back in the Days
early 90's —
a.k.a.
Martin Yost




my motion to reopen my Osama Bin Laden Deposition Because Kim Jong Un and his family are in America being tortured by the Chinese & Russians — Eat Raw infected Rats and doing nails in the Black community.

2:09-14238
↑
my Osama Bin Laden Deposition.

9:07

June 5, 20...
5:35 PM

LIVE




Salem Bin Laden mail coming to my JoB- His American name is Aaron LaBarrie-




UDay Hussein my brother-in-law In America - They call each other Brothers Saddam Hussein calls UDay Brother & NOT Son in America.

(Qsay Hussein)

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Kash Patel -FBI Diector - J Edgar Hoover Building<br>935 Pennsylvania Ave<br>NW Washington ,DC 20535 | Veretta Burnett<br>381 Merton<br>Detroit , Mi 48203 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 10/27/1976 | Single | August 31,2026 Monday | 2pm. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Officer Bias and his partner plotted to and did steal my intelligence that was meant for the FBI . They refused to let me see a duty agent to give them the addresses of the world leaders and Most wanted Terrorist. instead as the Detroit Police has been doing paying others for the work I have done. They followed me around to FEDEX &had someone steal my SF forms to claim my work. As the police trying to flood the FBI with my intelligence coming from too many people to throw the FBI off the lead

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Veretta Burnett 381 Merton Detroit Mi. 48203 @ Mohamet with Company ( Instagram Handle)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

As I stated low budget criminals stole my intelligence while working for FED EX - to throw the FBI off the lead

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

The Company that guards the FBI at the McNamara Building are terrorist - they refused to let me see a Duty Agent to hand them face to Face my forms. Instead I was directed to mail it & when I mailed them my intelligence was stolen by a FED EX worker and her family at McDonalds , in which they poison my food now, watching me

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Officer Bias & His Partner (Caucsian one) | 477 Michigan Ave Det. Mi 48226 & 1301 3rd , Det Mi 48226 |
| The McDonalds worker related to the FED EX | ɔld black and grey hair gay man works morning shift4235 Woodward Det Mi482( |
| The President of Sudan Quitman Slack | 19140 Moross det mi 48224 |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 50, 000,000 | 50,000,000 | 50,000,000 | 100,000,000 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 313-675-3565 | 10/16/2026 |

| **CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM** | **CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS** |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the v

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy

Quitman Slack - The President of Sudan took me to the McDonalds where the McDonalds worker (The Older salt a
Gay employee keeps talking aloud to me saying his Auntie about to buy a Benz off some paperwork. They are in coh
the dirty cops who keeps lying to the FBI regarding the world leaders & Most Wanted Terrorist

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No

I have told the FBI about Geroge Bush -7 state sponsors or Terrorism in Michigan

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

George W. Bush included Sudan and North Korea into the list of Most Wanted World Leaders and they ended up in Michigan working under different Terrorist organizations such as the KKK who has Snoop Dogg or Snoop Selling Blacks out to the KKK. In which I am asking the FBI stop Harry Davis/ Prince/Tupac from impedeing with his celebrity friends with STDs .

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

Tupac Shakur aka Harry Davis aka Prince & Snoop Dogg are working with the KKK on Fenkell and Burt rd Location. Address is concealed by Black Tarp & internet conceal their Fenkell Location as well. The SkinHeads had even taken over Death Row Records going live on Instagram with(skin-head) Nazis at the Helm & Snoop no where to be found.

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Veretta Burnett<br>381 Merton<br>Detroit, Michigan. 48203<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>v. FBI & Department of Justice,<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. ______________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: ☐ Yes ☐ No<br>*(check one)* |

**Complaint for Employment Discrimination**

Defendant No. 3

Name: Path-SER-Metro
Job or Title (if known): Career Coach
Street Address: 9301 Michigan Ave
City and County: Det. Wayne
State and Zip Code: Michigan 48210
Telephone Number: 313-846-2240
E-mail Address (if known):

Defendant No. 4

Name: Imaginow - Company
Job or Title (if known): Independent Contractor
Street Address: 21700 Greenfield
City and County: Oak Park, Oakland
State and Zip Code: Michigan, 48237
Telephone Number:
E-mail Address (if known):

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name: - DRMM, TASMD, Path Career Coach -
Street Address: (150 Stimson, 9301 Michigan, 21700 Greenfield)
City and County: Detroit, Wayne, Oak Park, Oakland County
State and Zip Code: 48201, 48237
Telephone Number:

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☒ Other federal law *(specify the federal law)*: Elliot Larson - Civil Rights Acts - Employers and FBI Agents sending my co-workers to have sex with my boyfriend while I'm at work, Then they return to work making it an Hostile workplace.

- ☒ Relevant state law *(specify, if known)*: Quid Pro Quo Harrassment - The FBI has 10-15 pages of addresses of world leaders & most wanted Terrorist. They continue to interefere with my employment, and my rights under the disability act.

- ☒ Relevant city or county law *(specify, if known)*: Human Trafficking / Corecial Laws - Persons wanted by Police working at my Job such as Jeala Nelson, had step father shot 15 times, ends up having sex with my Boyfriend in my House while I'm at work, Then I Get fired.

Depriviation to civil rights under the color of law. throught sex trafficking in the work place. not Just sex trafficking but infected Persons are Being Sent to infect us.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Veretta Burnett |
| Street Address | 381 Merton |
| City and County | Detroit, Michigan 48203, Wayne |
| State and Zip Code | 48203 |
| Telephone Number | 313-675-3565, or 313-854-3425 |
| E-mail Address | Verettaburnett123@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Detroit Rescue Mission Ministries |
| Job or Title (if known) | Case manager / Intake Specialist |
| Street Address | 150 Stimson |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan 48201 |
| Telephone Number | 313-993-4700 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Travelers Aid Society of Met. Det. |
| Job or Title (if known) | Case manager |
| Street Address | 3031 W. Grand Blvd |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan 48202 |
| Telephone Number | 313- 962-6740 |
| E-mail Address (if known) | |

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ ✓ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:

Due to The constant Quid Pro Quo Harrassment in the work place is sexual in nature, whereas my co-workers are having sex with my Partner & Babydaddy giving him Terrible Diseases, Then they began to claim The work I Did Finding the world leaders and most wanted Terrorist While FBI denies, the truth But keep Harrassing me. at every single Job I get.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
2/22 (Demm) 2/6/23 7/8/23 - Path Sermertro

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race The FBI recruiter came to my Job said He looking for athletes
- ☐ color
- ☐ gender/sex
- ☑ religion Because I'm Muslim, FBI discriminated against me
- ☑ national origin Black (Hebrew)
- ☐ age. My year of birth is 1976. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
(Cystinuria - chronic kidney Stones)

E. The facts of my case are as follows. Attach additional pages if needed.

The Police and FBI are doing the Bait & Switch lying to Everyone. I found Osama & Salem Bin Laden 2:09-14238 - my Osama Bin Laden Deposition. The FBI lied to America Saying Seal Team 6 Killed Osama Bin Laden. Although That is my work & Highland Park - Attorneys Deposed me : on How Osama Bin Laden and others Got to my House, in 2012. I've Since moved on, However the FBI and Dirty Cops continue to interefere with my right to Employment Sending "Persons" in the workplace with Syphilis, Hiv, etc. to come to my "Home for Sex" causing a - Hiv Genital Warts out-break - that included my Partner - who should not even Be at my Jobs He doesn't have a Bachelors degree, However He's mingling with the Sick - infected "Criminals" in the workplace. Instead of the Police arresting the "People" - They Giving them a Get out of Jail free card - all Based on "me & my partner." Yet The FBI denies the Truth and destroying my life at every Job I Get. I have a "disability" & the FBI making "Sex" The focus of my Job.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

8/2023 2023

B. The Equal Employment Opportunity Commission *(check one)*:

☒ has not issued a Notice of Right to Sue letter. - They told me to call Police

☐ issued a Notice of Right to Sue letter, which I received on *(date)*

______________________________.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

Each Job paid 40 thousand to the lowest at 30, thousand a year. The Police & FBI are lying to the American People and continue to Interfere with my Jobs By having my Coworkers, Jeala Nelson, Lawanda King, James Womack Stephanie & Damon Brooks, Abdullah - Tiage - These people Renata Black, have HIV, Shingles, Worms, Genital Warts, Syphilis - and yet was having Sex with my Partner at the Directive of the police & FBI. Tiage was my supervisor/Alwin Bragg - (He left)

I want to Be paid for all 3 Jobs of 40, thousand a year plus benefits for wrongful termination.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/20, 2026.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Veretta Burnett

**Additional Information:**

The Police working at Dispo ran into my car - The Police and FBI continues to Deny the Intel - I sent to them Regarding ~~my~~ the world Leaders and most wanted Terrorist, & when I move on with my life, the FBI interferes By Sending my co-workers to Be Paid for sex / and vice versa - Then once my co-workers Have Sex, in my Home while I'm at work, I get a Hostile work environment, Then they start telling me what diseases I need to Get checked for, because They had sex with my boyfriend. Such as Ms. Baughman - at Travelers Aid - They gave Him Gonorrhea - in 2023 - and also fired me on 2/3/23 - And after I was fired from all 3 Jobs - my co-workers continued to Have Sex with my Baby Daddy & live in Partner, in 2026 - claiming my work finding 36 - most wanted world leaders and most wanted Terrorist. Every - Informant That was sent to Have Sex with my live in Partner was infected with diseases we Didn't have and now we can't have Sex - Because He is now infected. The FBI & Police knew Jeala Nelson had Syphilis, & Hiv and still sent them to Have Sex. After I told the FBI the Truth.

The Police and FBI are Doing the Bait & Switch and paying "others" for my work that I did for 20 years - I Just met Renata Black - she a lready had - shingles - (which is painful & deadly) and Genital warts, yet the FBI & Police paid Her to Kill us. or Kill my uterus. Now, I have to make sure Dr. Lakhani is not trying to Kill my uterus - The actions of the Dirty cops & Dirty FBI Agents Has ruined my life, After I already told the FBI The Truth. The FBI Been listening to the Police / officer Bias / & His Partner - They are Dirty Cops and I don't trust them to Guard the FBI - They answer to the (KKK) Bad codden - and the Detroit Branch of the White Brother Hood - malitia's - who in Return works for the Russians. The FBI Knew the Truth since 2005 Regarding Osama and Salem Bin Laden still being alive and was never in Pakistan. like Seal Team 6 claim - But they continue to Quid Pro Quo Harrass me, at everything I Do in the work place.

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ____________________

Case No.: ____________________

Judge: ____________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: Federal Eastern District of Michigan

Case No.: 209-14238

Judge: Marianne D. Battani

Notes : Pre-Covid, I filed a motion to re-open my Bin Laden Deposition Because Kim Jong Un & His soldiers were eating raw infected rats and doing nails, in the Black Community. in 9-17-2170 This is first Employment Complaint I ever Filed

16

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| VERETTA BURNETT<br>*Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| FEDERAL BUREAU OF INVESTIGATION AND DOJ<br>*Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions and make the following statements by checking the appropriate boxes under penalty of perjury.

1. *If incarcerated.* I am being held at: ______________________.

☐ I understand that if I have an account at the institution, I must attach to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. **If applicable, I am attaching such a Certificate of Trust Account or certified statement to this application.**

☐ I understand that if I was incarcerated at any other institution during the last six months and had an account there, I must also **attach a Certificate of Trust Account or certified statement** from that institution. **If applicable, I am attaching such a certified statement to this application.**

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: ______________, and my take-home pay or wages are: $ 994.00 per *(specify pay period)* MONTHLY SSI.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I RECIEVE $994 MONTHLY AND HAVE TO PAY BILLS FOR MY FAMILY ,405$ EXTRA BILL WOULD DEVASTATE MY FAMILY

4. Amount of money that I have in cash or in a checking or savings account: $ 90.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I DO NOT HAVE A CAR ANY LONGER , AFTER I WAS HIT BY COPS AND SUSPECTED WORLD LEADER FROM SUDAN - OMAR HASSAN AL-BASHIR

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
RENT -$650, LIGHTS $140.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
FARRAD AL-KINDI - SON

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
AUTOMOBILE PAYMENT OF $598.00 BUT I DO NOT HAVE THE CAR THE POLICE TOWED IT AWAY AND IT WAS IMPOUNDED . I DID NOT HAVE FUNDS TO GET IT OUT THE INPOUND.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

**If incarcerated,** I hereby authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), and to withdraw funds from my prison trust fund account (or institutional equivalent) and disburse those funds to the United States District Court for the Eastern District of Michigan to pay the filing fee in this case. This authorization shall also apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred where my *in forma pauperis* application may be decided.

Date: 10/2/26

[signature]
*Applicant's signature*

Veretta Burnett
*Printed name*

I am asking the FBI to Give me another
Partner. Ali-Al-Hindi-aka Saddam Hussein has syphphilis
and HiV. Because He refuses to seek treatment
We Don't have Sex. So since we are not having
Sex - He's sleeping with men, & Lesbians with
Syphilis & Hiv.- Spreading the virus around.
He is using me to cling onto life and
Get others to have sex with him, based off
of my Negative Test Results while his is
positive. He has mouth sores - etc & will not
seek Treatment. Everything, I do, He - Ali - is
working against me in the Home, stealing my
Belonging - such as clothes, make-up, things I
use to find world leaders - He is trying to fuck
Behind me as well knowing He Got infected -
coming to my Job: Having sex with men -
women, and children. He is also a pedophile -
He sexually assaulted my 12 year old daughter
in 2017 when I was filing my appeal regarding

2) Kim Jong Un. I can not sustain income with him following me around intereferering with my employment, co-workers, & Homeless clients, when I'm working at the Homeless shelters The President of Sudan is selling drugs to the Homeless people, soliciting the staff - to see my "work" - paying the staff to Harrass me "Because my psycho-socials - Explained How DRMM Detroit, Rescue, Mission Ministries, is covering up the Fact that staff was using Heroin & Crack & then selling it inside the shelter.

While Ali-Al-Kindi (my partner) is outside the shelter and all 3 of my Jobs - soliciting the Homeless for sex, taking them to our "Home" while I'm at work and Having sex - "with the infected People" as if He is already infected with HIV, Syphilis - (Aids) - Because He refuses treatment

③ He, working with the corrupt cops-Are
Doing a cover up.- making me lose my Jobs
Because my Boyfriend & Partner continues to
Have sex with my co-worker: such as:

1. Jaela Nelson - Shingles & Syphilis
2. Renata Black - shingles & Genital warts
resulting in Hysterectomy.
3. LaWanda King - Genital warts -
worms from Brazil (Giardia)
4. James Womack - Giardia from Brazil
5. Winnie & Carman - (my HIV/Aids infected neighbors)
Winnie had her clit cut off from warts
and Ali-Saddam Hussein was in their apartment
fucking raw & she came down with full blown
Aids. 6. Christopher Tatum - Hepatitis -

Ali continues to have sex with my co-
workers who are infected. (seriously infected)
in an attempt - to "claim my work".
and steal my identity.

4) · Adel-Al-Hajami aka Mua Mar Ghadaffi &
Hashim Mohammad Hadayet - Had to Beat his
ass because He brought "charlotte"
a Caucasian informant with Genital warts
to the coffee shop and she already put
warts on their penis. Ali - is the cause
of me losing my income in employment
along with the FBI continual denial of
the facts. My partner is really the
enemy- He keeps lying to the Police
Regarding my work. In 2002 Ali-Al-Kindi
was in Syria, I was in America at
Hasheem Mohammed Hadayet coffee shop
Ali didn't Get there to 2007, when I
met him, for the first time. 5-years
After me!!!! By then I had already
found Osama, Salem Bin Laden, Kim Jong Un etc.

(13) If the FBI review the facts & Question Saddam-Ali-Al-Kindi you'll find out all He does is smoke crack and get fucked in the ASS. He is a Gay man-Pretending to Be straight. Waiting to Give everyone HIV-AIDS & Syphilis- He has sores all in his mouth- and anus- and will not Get treated. The way He treats his anus- is he doesn't use tissue when popping Because He Got sores in his rectum, and continues to have sex outside the Home with my Co-workers and Transexual women. I Don't Know His Hiv status as negative anymore Because He keeps trying to "outdo" me at my Jobs, but He only ends up with more syphilis bumps in his mouth or another Strain of HIV.

② I need to be able to support me and my 18 year old diabetic son. Ali - does nothing around the Home - but look for my Items to steal - to stop me! Stopping me is to let the "terrorism" of "me" & "America" continue. Can you stop them for once, from interfering in me being able to make money. I make 3 times the money Ali makes with my Bachelors/masters Degree. He is doing this to me - So He can say I'm Delusional - when He is a Terrorist lying to the FBI, Having Sex with my co-workers - catching HIV-AIDS, Having Sex with Kim Worthy, The Wayne County Prosecutor etc, Detroit is filled with corruption & I am being denied the right to employment without interference from Terrorist or world leaders, hiding/or working for Government to ruin me.

7) I need my own money and apartment for me and my Son - In which Saddam Hussein/Ali - Can not Be at. or my Jobs -

I Do not want Him around. He keeps us Fighting inside the Home Stealing from me, Its like "His" only JoB - is ruining me and someone Going to Get Killed.

I need to be able to "protect" my Jobs, & personal belongings from being stolen or Ciphened off to the highest "bidder"

Ali is a liar and a Thief, & for 20 years Been apart of the mis-information to America, & the FBI. I'm asking He Be taken off the payroll and Be treated like the thief, pedophile, gay man with HIV & syphilis that He is: regardless to His world leader status.

) Someone is Going to Kill Him. Because
He continues to Have sex with People
while having HIV & syphilis - shingles & warts
in his ass. Please Give me a new

Person - Outside of the President of Sudan
and Iraq - They aint no Good for me!
They are too-bit drug dealers and

Ali - is a crackhead. and all the other world leaders
have to whoop his ass, because of his behavior.
I can't take him no-where !!!! He a
their and be cheating with (nobody's) with
HIV & syphilis and now He refusing to get
treated, Hanging around me using my test
results for His test results and He is
actively Burning. Telling my Doctor to
expose me to HPV Because he went out
and Fucked my Co-workers with Genital warts

9) To move forward I need someone else outside of Saddam-Ali Al-Kindi — He needs forcefful treatment for syphilis and HIV. While He continues to Give my Terrorism Intel to (my co-workers) for them to get paid and I haven't been paid. I'm asking to be able to defend myself and my property from Him stealing it passing my items out to others putting me back to square one. Someone is Going to Kill Him - Because He is also stealing from them as well using my stuff to Gain loyalty from someone He got syphilis or Genital warts from. It Just Goes back to Him Having sex with my 12 year old daughter - after He Had sex with a woman with no clit, due to HPV virus.

5) I am also asking to be able to protect myself & my belongings because the police isn't doing anything about him having sex at my places of employment on 3 different occassions. at 3 different Jobs. NOT To mention my daughter hasn't yet informed me of "what diseases she got from Ali" But when she does all Hell is going to Break loose on His ass- (respectively if He killed mine or (my daughters uterus - with HPV) Because He "Gay" pretending He likes "women" all He does is fuck behind me Giving everyone HIV, Syhilis, shingles, AIDS - Hepatitis - Having sex with my co-workers or clients at the shelter - the Homeless addicted People. (Please Help me)

# Social Security Administration
# **Supplemental Security Income**
Important Information

SOCIAL SECURITY
60 EAST GRAND AVENUE
HIGHLAND PARK MI 48203

Date: September 4, 2026
BNC#: 26S1694B51581 DI

0004843 00005097 1 MB 0.707 SN6LNA T16 P2
SSI MA2 08/28 358
VERETTA JENNIE BURNETT
381 MERTON RD
HIGHLAND PARK MI 48203-1826

0201ATOXW006112*SN6LNA 0004843 000000000

Your current monthly Supplemental Security Income (SSI) payment is $994.00 for October 2026. You will continue to get this amount each month unless there is a change in the information we use to figure your payment.

## When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of $894.60 around October 1, 2026, and on the first of each month after that.

## Your Request For Direct Deposit

Because you have requested a change in the direct deposit of your Supplemental Security Income checks, your checks will be deposited directly in the bank or other financial institution now selected. Even though you have direct deposit, any move or change of address still must be reported promptly to the local Social Security office, as it may affect your check.

## Your Reporting Responsibilities

Your SSI payments may change if your situation changes. You are required to report any changes that may affect your SSI no later than 10 days after the month the change takes place.

Please call **1-800-772-1213** (TTY **1-800-325-0778)** or contact your local Social Security office to report any of the following changes:

- You start or stop work, or your wages increase or decrease
- Your bank account balance goes over $2,000.00
- You move
- Anyone else moves into or out of your household
- Someone in your household dies

See Next Page

- You marry, separate, or divorce
- Income or resources change for you or members of your household
- Your medical condition improves
- You leave the United States and expect to be gone for a full calendar month or for 30 consecutive days
- You are in a hospital, jail, or other institution for a full calendar month
- You have a felony or arrest warrant for escape from custody, flight to avoid prosecution or confinement, or flight-escape

## Things You Should Know

Would you like to work? If so, you should know about special SSI rules. These rules can help you keep Medicaid and may help you keep getting some SSI even though you are working. The enclosed fact sheet tells you more about special SSI rules for people who work.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101).**

## Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 877-512-5945.

SOCIAL SECURITY
60 EAST GRAND AVENUE
HIGHLAND PARK MI 48203

*Social Security Administration*

Enclosure(s):
SSI Rules That Help You Work

26S1694B51581
09/04/2026



*0202ATOXW006112SN6LNA 0004843

## SSI Rules That Help You Work

We want to tell you about some special Supplemental Security Income (SSI) rules that can help you while you are working or if you begin working. These rules can help you get or keep Medicaid and may help you keep getting some SSI even though you are working.

### How Your SSI May Change If You Work

We do not count most of your earnings when we figure your SSI payment amount. We do not count the first $65 of your earned income in a month plus one-half of the remainder. That means that we count less than one-half of your earnings when we figure your SSI payment amount.

### If You Stop Working or Start Earning Less

If you stop working or start earning less, please let us know right away. We can increase your SSI payments, or start your SSI and Medicaid again if they have stopped. You may not even have to file a new application.

### Medicaid

If you get Medicaid, it will usually continue as long as you get SSI. If your SSI stops because you begin earning too much money, you can often keep getting Medicaid as long as the following are true:

- you continue to be disabled or blind under our rules; and
- you can't pay your medical bills without Medicaid.

### We Don't Count Some of Your Earnings Used for Work Expenses

The earnings you use for some of your working expenses may not count as income. For example, we sometimes don't count earnings used to pay for transportation to and from work. Also, we don't count the cost of special equipment that helps you to work. Please tell us right away about any work expenses so that we can decide whether they should be counted.

### A Plan Can Help

You may be able to keep more of your SSI if you develop a special plan to support yourself. We call this a plan to achieve self-support (PASS). This plan lets you set aside money for a certain amount of time for a work goal. For example, you may set aside money to start a business, go to school, or get training for a job.

We don't count what you set aside when we figure your SSI. This can help keep you on SSI or help you get more SSI. A PASS may also help someone you know qualify for SSI.

## If You Need Help Finding A Job

We can ask someone who offers vocational rehabilitation services to help you find a job or give you training.

## If You Want To Know More

If you want to know more about these rules, contact any Social Security office and ask to speak to someone about work incentives.

(1) Renata Black - Dr mm, Shingles genital warts
(2) Jeala Nelson - Path - Ser Metro - Syphilis & Hiv
(3) Lawanda King - Genital warts, Skintags - worms -
(4) James Womack - Worms Giardia - from Brazil (Bric's)
(5) Stephanie & Damon Brooks - Travelers Aid - Hiv - Gonorhea -
(6) Renee - at Ser-Metro - Shingles & Hiv
(7) The Lesbian at laundry mat - 11711 Woodward Ave
all these people are infected -

(8) Winnie & Carmen daughters - (HIV-AIDS)

The FBI & Police are using these people to try to kill my uterus by Sending them to Have Sex with my Partner. All females That I worked with except Winnie, & the Lesbian - whose already infected with HIV-AIDS I Don't have HIV, AIDS, They purposely trying to infect us.


Michigan USA
ENHANCED DRIVER'S LICENSE
DL # B 653 843 398 827
Iss 03/11/2025
DOB 10/27/1976
Exp 10/27/2026
VERETTA JENNIE
BURNETT
381 MERTON RD
DETROIT, MI 48203-1826
Sex F
Hgt 5'-04"
Eyes BRO
Class E,O
End NONE
Rest NONE
10/27/76


www.ebtEDGE.com | Customer Service: 1-888-678-8914 | TTY: 711
AUTHORIZED SIGNATURE NOT VALID UNLESS SIGNED
THALES SGP U1227739B 0526
5077 1101 8789 5689
VERETTA J BURNETT
Card Exp:12/49 CSC: 221
QUEST
Michigan EBT - Unauthorized use of this card is a violation of law. Buying, selling, or otherwise misusing SNAP benefits is a Federal crime. To report suspected abuse, call 1-202-690-1622. USDA is an equal opportunity provider and employer.
If found, return to: PO Box 290, Milwaukee, WI 53201-0290


MICHIGAN
P-EBT
5077 1101 5119 0802
FARRAD ALKINDI

- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service inc
- Limited international insura
- When used internationally,

*Insurance does not cover certain ite
Domestic Mail Manual at *http://pe.us*
** See International Mail Manual at *h*

FLAT RATE EI
ONE RATE ■ ANY WEIGH

TRACKED ■ IN

PS00001142500

Retail

US POSTAGE PAID
$18.05
Origin: 48203
10/02/26
2525110203-04

PRIORITY MAIL®

0 Lb 3.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/05/26

C052

SHIP
TO:
231 W LAFAYETTE BLVD
DETROIT MI 48226-2700

USPS SIGNATURE® TRACKING #

9510 8105 9816 6275 4193 95

RMLY TO SEAL

ns.

U.S. MARSHALS

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Veretta Burnett
381 merton Rd
Det. Mich. 48203

RECEIVED
OCT 09 2026
CLERK
U.S. DISTRICT COURT

TO: U.S. DISTRICT COURT
Clerk's Office
231 W. Lafayette Blvd
Det. mich. 48226

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

Plaintiff alleges that she provided information, assistance, investigative leads, reporting, analysis, or other work for which she was not paid or was not fairly compensated. Plaintiff seeks compensation for alleged unpaid work, lost wages, loss of earning capacity, loss of benefits, and related financial harms, subject to proof and legal review.

**Count VI — Employment Interference, Retaliation, Lost Wages, and Hostile Work-Life Interference**

Plaintiff alleges that Defendants denied, failed to credit, or failed to compensate Plaintiff's work, reports, investigative assistance, and related services while permitting or failing to prevent conduct that interfered with Plaintiff's employment and economic stability. Plaintiff further alleges that persons she identifies as FBI informants or government-connected actors were sent to or appeared at Plaintiff's home and engaged in conduct involving Plaintiff's boyfriend or the father of her child, causing emotional distress, disruption of Plaintiff's household, and loss of employment or employment opportunities.

Plaintiff alleges that this conduct constituted retaliatory interference, hostile work-life interference, negligent supervision, failure to protect, failure to investigate, and failure to provide compensation or accommodation for work Plaintiff alleges she performed. Plaintiff requests discovery concerning FBI records, informant files, communications, payments, assignments, visits to Plaintiff's residence, employment records, lost wages, and any reports or denials concerning Plaintiff's claims.

**Count VII — Misappropriation of Plaintiff's Work, Misattribution of Credit, and Payment to Others**

Plaintiff alleges that Defendants used, benefited from, or relied upon Plaintiff's reports, investigative leads, geographic profiling, witness information, and terrorism-related work while failing to compensate Plaintiff or properly credit her for that work. Plaintiff further alleges that

other persons were paid, credited, protected, or advanced based on information Plaintiff supplied, including information concerning persons Plaintiff identifies as Salem bin Laden and Osama bin Laden-related individuals.

Plaintiff further alleges that police officials or other actors provided false or misleading information to the FBI, including alleged statements that Salem bin Laden was deceased, which Plaintiff contends interfered with proper investigation, compensation, attribution, and accountability. Plaintiff requests discovery concerning payments, reward claims, informant payments, internal memoranda, investigative files, communications with police agencies, and any records identifying who received credit or compensation for information Plaintiff alleges she provided.

1. Plaintiff alleges, upon information and belief, that official records and public accounts concerning the death or identification of Salem bin Laden require further investigation.
2. Plaintiff alleges that Salem bin Laden resided at, or was otherwise connected to, 145 Tyler, Highland Park, Michigan.
3. Plaintiff alleges that discovery is necessary to determine whether any person was misidentified in official, military, law-enforcement, or public records concerning Salem bin Laden.
4. Plaintiff alleges that records involving individuals Plaintiff identifies as "El-Chopa" and "Hafeez" may be relevant to the alleged misidentification, location, compensation, or attribution issues described in this complaint.
5. Plaintiff requests discovery concerning identification records, investigative files, communications, witness statements, service records, payment records, and any other documents relating to these allegations.

## VI. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and award monetary relief in the amount of **$20,000,000.00**, together with all equitable, declaratory, and injunctive relief permitted by law, including but not limited to: compensatory damages;

unpaid compensation; lost wages; loss of earning capacity; damages for emotional distress, medical harm, housing instability, loss of benefits, and family-related injuries; consequential damages; punitive damages where permitted by law; pre-judgment and post-judgment interest; correction or review of allegedly inaccurate records; declaratory relief; injunctive relief requiring appropriate investigation or preservation of records; costs; any available attorney's fees; and any other relief the Court deems just and proper.

Plaintiff further requests that the Court compel Tessa Holstof and Purdue Global University, formerly Kaplan University, to produce, recognize, release, or correct Plaintiff's master's degree and related academic records, including thesis-track, grade-change, registrar, transcript, publication, student research, email, telephone, and account records. Plaintiff requests **$10,000,000.00** from Tessa Holstof and Purdue Global University for alleged damages arising from the withholding, delay, denial, or failure to correct those records, including Plaintiff's alleged last contact in or around 2025 by emails and telephone communications.

## VII. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

## VIII. Signature Block

Respectfully submitted,

Veretta Burnett

Plaintiff, Pro Se

Address: 381 Merton Detroit, Mich. 48203

Phone: 313-675-3565

Email: Veretta123@gmail.com

Date: 9/23/26.

**SUPPORTING RECORD AND PROPOSED EXHIBITS**

**Not Part of the Condensed Complaint Unless Specifically Cited**

The materials that follow are preserved as Plaintiff's factual background, evidentiary narrative, proposed exhibit descriptions, witness references, chronology, legal research, and supporting record. These materials should be reviewed, organized, and cited selectively by Plaintiff or counsel before filing.

## Exhibit Index

### Table of Contents for Exhibits

I. Parties and Defendants 2

II. Core Allegations 2

III. Evidence and Supporting Materials 2

IV. Claims for Relief 3

V. Requested Relief 4

VI. Preservation of Full Supporting Record 4

I. Introduction 5

II. Parties 5

III. Jurisdiction and Venue 6

IV. Factual Allegations 6

V. Claims for Relief 8

VI. Prayer for Relief 11

VII. Jury Demand 11

VIII. Signature Block 11

Exhibit Index 12

Exhibit A — Party, Defendant, and Service Information 17

Exhibit C — FBI Reports, Informant Work, Geographic Profiling, and Compensation 20

Exhibit B — Case No. 2:09-cv-14238 and Deposition Materials 24

Rule 44. Proving an Official Record of the Police report sent to Marianne O Battani regarding Vladimir Putin , and Qari Bilal who kidnapped my son in 2014, Also was a detailed report given to Kaplan University in 2012 about the whereabouts of the Missing World Leaders and Most Wanted Terrorist 27

I had given Shawn Cabot P-64021 the brief of Kim Jong UN Secret Detention and he as my attorney showed willful misconduct by "objecting" or " blocking discovery to James McGinnis line of questioning blocking discovery Title V and the mechanics of discovery and disclosures, on when I was on drugs basing his objection to relevance .Rule (27) Depositions to Perpetuate Testimony (a) (4) *Using the Deposition.* A deposition to perpetuate testimony may be used under Rule 32(a) in any later-filed district-court action involving the same subject matter if the deposition either was taken under these rules or, although not so taken, would be admissible in evidence in the courts of the state where it was taken. Shawn Cabot as my attorney blocked critical information , thus blocking my original settlement amount of $75,000 for the physical crucifix and police brutality by Srgt. Brenda Stevenson because 2 days earlier I had made the FBI aware of Chief of Police Theodore Caldwell II involvement in the Osama Bin Laden Terrorist Tapes and the location and phone number of hamza Bin Laden due to the constant threats being put on them to make more terrorist tapes , . Instead James McGinnis , William Ford and Shawn Cabot colluded not to pay me $5 million dollars for the Terrorism work of finding Osama Bin Laden number 1… in 2004, and Osama Bin Laden in 2005 - and Kim Jong Un in Highland Park Michigan in 2014 and Vladimir Putin in 2013 and $75,000 as a separate payment for the police brutality committed by Srgt. Brenda Stevenson on November 7th , 2007 ,

2 days after I gave the FBI geographical profiled locations of the World Leaders and Most Wanted Terrorist listed above . For a grand total of 5 million 75 thousand dollars for the work I've done for the FBI ( Chris Hess-7 ,David Harmon, Gwen Rosenthal in her Professional and Personal Capacity ) James McGinnis laughed and said they don't have to pay me because I told them I am not an Informant . I work for Chris Hess- 7 the FBI as a confidential informant which means that I don't have to divulge my work to James McGinnis or Srgt. Brenda Stevenson without the permission or confirmation from Chris Hess-7 , David Harmon and Gwen Rosenthal in her personal and professional capacity ,especially when Chief Theodore Caldwell II of Highland Park Police is and has been apart in the making and distribution of the Osama Bin Laden Terrorist Tapes with Osama Bin Laden number 2 taking advantage of the fears of American People and Government from with inside of America. 44

Exhibit D — Employment, Lost Wages, Equal Pay, and Work-Credit Claims 94

the United States of America for Domestic Terrorism that reached international borders and inadequately training officers on Terrorism in Highland Park Michigan , Jersey City , New Jersey , Hoboken, New Jersey , New York , Detroit Michigan , and Chicago Illinois . I'm filing 42 U.S.C. 1983 suit for Lost wages Equal Pay/Compensation Discrimination 95

Exhibit E — Police Reports, Excessive Force, Highland Park, Detroit, and Municipal Liability 96

– Furthermore , under the Equal Pay Act - William T Ford , (Mayor Yopp) is included in this suit Rule 20 ( 2) (a)(b) - The City of Highland Park Mi- Attorney manages all civil litigation for the City; serves as chief legal advisor to the City Council and attends its meetings; advises officers, departments and boards in matters relating to their official duties; defends the City's officers and employees in all actions that may be brought against them for acts done in the performance of their duties; and conducts such other actions in court and before other legally constituted tribunals as directed by the mayor. (Highland ParkMi.gov ) The City's Law Department is involved in the regulation of City liquor licenses, the preparation of development

agreements and contracts, and the processing of Freedom of Information Act requests. In collaboration with the Police Department and Code Enforcement, the City Attorney prosecutes misdemeanors and civil infractions in 30th District Court and works to insure that people convicted of criminal or civil violations pay their share of fines and costs. (HighlandParkmi.gov) 103

I work for F.B.I agent Chris Hess-7 , and David Harmon starting in 2005. According to Federal law and U. S. EEOC – job content(Not titles) like informant , consultant , matter ; only thing that matters is the work I did for the FBI ) determine rather jobs are substantially equal . As will the content of my work will show that it is equal to my male counterpart ) and co-workers in the field of apprehension , catch and release , of Most Wanted World Leaders and Most Wanted Terrorist - then report to the F.B.I in real time . 103

Exhibit F — Child Custody, DHHS, School, and Family-Integrity Records 115

Categories of Terrorist Organizations (In this case we have One Terrorist organization the KKK detaining and profiting from North Korea's President Kim Jong UN Directly – ( Kim Jong UN is the Foreign Terrorist Organization being held captive by a Domestic Terrorist Group the KKK) 205

**Exhibit A — Party, Defendant, and Service Information:** Names, addresses, agency information, government entities, attorneys, municipal departments, and proposed defendants identified in the supporting record.

**Exhibit B — Case No. 2:09-cv-14238 and Deposition Materials:** Deposition references, questions, objections, attorney conduct allegations, and materials Plaintiff connects to testimony concerning Osama bin Laden-related allegations, discovery, and prior litigation.

**Exhibit C — FBI Reports, Informant Work, Geographic Profiling, and Compensation:** Alleged reports, investigative leads, geographic profiling, FBI communications, informant or consultant work, payment disputes, reward or compensation claims, and allegations that others were paid or credited for Plaintiff's work.

**Exhibit D — Employment, Lost Wages, Equal Pay, and Work-Credit Claims:** Employment history, alleged lost job opportunities, unpaid compensation, lost wages, equal-pay allegations, SSDI work-credit issues, and damages tied to Plaintiff's alleged work for government-connected or federally related matters.

**Exhibit E — Police Reports, Excessive Force, Highland Park, Detroit, and Municipal Liability:** Police reports, excessive-force allegations, Highland Park Police allegations, municipal-liability facts, failure-to-train allegations, arson and public-safety allegations, and related government-record requests.

**Exhibit F — Child Custody, DHHS, School, and Family-Integrity Records:** Child-welfare records, DHHS allegations, school records, foster-care allegations, custody-related events, alleged kidnapping reports, and claimed injuries to Plaintiff's children and family relationships.

**Exhibit G — Medical, Emotional Distress, Housing, and Damages Evidence:** Medical records, emotional-distress evidence, housing instability records, physical-injury allegations, health-related damages, financial hardship, and records supporting the requested $20,000,000.00 monetary relief.

**Exhibit H — Correspondence, Court Filings, Legal Research, and Rules:** Prior court filings, legal-rule excerpts, case citations, correspondence, motions, objections, certified-mail references, and research materials that should be reviewed and cited selectively.

**Exhibit I — Witnesses, Addresses, Phone Numbers, Agencies, and Records to Subpoena:** Witness names, locations, phone numbers, agencies, businesses, schools, officials, informants, officers, attorneys, and records Plaintiff may seek through subpoena or discovery.

**Exhibit J — Chronology and Timeline of Alleged Events:** A future timeline section to organize dates, locations, reports, arrests, depositions, employment events, family-court events, and damages in chronological order.

## Exhibit A — Party, Defendant, and Service Information

Due to the Zoonotic Disease Corona Virus ( Covid 19 – This case is filed under the Mailbox Rule 3(d) of the Rules Governing subsection 2255; Proceedings are extended to Pro' se filers

Plaintiff : Veretta Burnett Rule 17 (3)(c) (2) Loreatha McGee , Christopher Burnett, LaDarius Burnett- Sanford, Elizah Davis- Burnett, Farrad Al-Kindi

381 Merton

Detroit , Michigan 48203

313-675-3565 cell phone

313-854-3425 cell phone

Vs

Motion to compel :

Rudolph W. Giuliani, U.S. Atty., for S.D.N.Y., Stuart E. Abrams, Asst. U.S. Atty., of counsel), for appellee.

5 Times Square 24th Floor New York , NY 10036

1-212-931-730

Rule 17 2 (d) United States V Chokwe Lumumba , appellant No. 747, Docket 85-1106 ( where Harry Davis aka Tupac argued Ad Hoc) whereas later Harry Davis aka Tupac was put on FBI terrorist list and his name was just removed from the FBI terrorist list . Tupac was never dead.

1. Defendant 1 : William Barr

United States Department of Justice

950 Pennsylvania Avenue , NW

Washington, DC 20530 -0001

2. Defendant 2: Matthew J. Schneider

United States Attorneys office

211 W. Fort Street , Suite 2001

Detroit , Michigan 48226

3. Defendant 3 : Federal Bureau of Investigation Headquarters

935 Pennsylvania Avenue NW, Washington DC 20535 regarding

Detroit FBI ( Chris Hess-7, David Harmon, Gwen Rosenthal ) Rule 17 (2) (d)

4. Defendant 4 :Department of Health and Human Services Jacket number 07-474207N

Hubert H. Humphrey Building

200 Independence Avenue , S.W. Washington, DC 20201

5. Defendant 5 – Highland Park City ( William T. Ford ) ( Mayor H. Yopp ) ( Chief of Police Theodore Caldwell II )

12050 Woodward Avenue

Highland Park , Mi. 48203

6. Defendant 6 – James McGinnis

985 E. Jefferson Ave. Ste. 100

Detroit , Michigan 48207

7. Defendant 7 Detroit Public Schools Headquarters : Attention Dr. Nikolai P. Vitti

3011 West Grand Blvd.

Detroit Michigan 48202

8. Defendant 8 Danna Nessel Attorney General for Wayne County

3030 W. Grand Blvd Suite # 10200

Detroit Michigan

9. Defendant 9- Hostile witness Law offices of Christopher Trainor and Associates , Specifically Shawn Cabot P-64021 and Christopher Trainor . Rule (13)(2)(g) Rule (19)(2)

## Exhibit C — FBI Reports, Informant Work, Geographic Profiling, and Compensation

## Numbered FBI Allegations Regarding Salem bin Laden Identification and Records

1. Plaintiff alleges, upon information and belief, that official records and public accounts concerning the death or identification of Salem bin Laden require further investigation.
2. Plaintiff alleges that Salem bin Laden resided at, or was otherwise connected to, 145 Tyler, Highland Park, Michigan.
3. Plaintiff alleges that discovery is necessary to determine whether any person was misidentified in official, military, law-enforcement, or public records concerning Salem bin Laden.
4. Plaintiff alleges that records involving individuals Plaintiff identifies as "El-Chopa" and "Hafeez" may be relevant to the alleged misidentification, location, compensation, or attribution issues described in this complaint.
5. Plaintiff requests discovery concerning identification records, investigative files, communications, witness statements, service records, payment records, and any other documents relating to these allegations.

## Source References and Evidence Needed

| Exhibit Label | Evidence Category | Records or Sources to Obtain | Purpose |
|---|---|---|---|
| Exhibit C-1 | Case No. 2:09-cv-14238 deposition transcript | Full deposition transcript with page and line references concerning Osama bin Laden-related allegations, Salem bin Laden-related allegations, residence locations, identity issues, and compensation disputes. | Supports testimony-based allegations and identifies exact statements for citation. |
| Exhibit C-2 | FBI records and FOIA materials | FBI files, communications, memoranda, informant records, | Supports allegations concerning reporting, |

| | | | |
|---|---|---|---|
| | | payment records, reward records, investigative notes, and claim-response records concerning Plaintiff's reports and alleged work. | investigation, compensation, credit, and denial of claims. |
| Exhibit C-3 | Police reports and municipal records | Police reports, incident reports, chief-of-police communications, Highland Park records, Detroit records, and records concerning 145 Tyler, Highland Park, Michigan, or alleged statements that Salem bin Laden was deceased. | Supports allegations concerning local records, municipal knowledge, and alleged inaccurate statements. |
| Exhibit C-4 | Residence, property, and location records | Property records, occupancy records, utility records, mail records, photographs, and witness statements concerning 145 Tyler, Highland Park, Michigan. | Supports allegations concerning residence, location, occupancy, or connection to the address. |
| Exhibit C-5 | Military, government, and identification records | Government, military, intelligence, law-enforcement, or public identification records concerning Salem bin Laden or any alleged misidentification. | Supports allegations that identification records should be investigated or corrected. |
| Exhibit C-6 | Witness statements and contact records | Witness names, contact information, declarations, call logs, | Identifies support witnesses and |

| | | | |
|---|---|---|---|
| | | visit records, and records from persons with knowledge of residence, identity, communications, payments, FBI contact, informant activity, or alleged misidentification. | testimony for discovery or subpoena. |
| Exhibit C-7 | Communications involving "El-Chopa" and "Hafeez" | Call logs, messages, photographs, account records, travel records, identity records, and related communications Plaintiff contends are connected to the alleged misidentification, location, compensation, or attribution issues. | Supports requested discovery concerning communications and identity-related allegations. |
| Exhibit C-8 | Payment, credit, and compensation records | Records showing whether any person received money, reward payment, informant payment, credit, protection, employment benefit, or other compensation for information or work Plaintiff alleges she provided. | Supports allegations that Plaintiff's work was used, credited to others, or uncompensated. |

**Citation Placeholders for Exhibits C-1 through C-8**

| **Exhibit** | **Citation Placeholder** | **To Be Completed With** |
|---|---|---|
| Exhibit | [Ex. C-1, Deposition Transcript, p. ___, lines | Case No. 2:09-cv-14238 |

| | | |
|---|---|---|
| C-1 | ___–___] | deposition page and line numbers. |
| Exhibit C-2 | [Ex. C-2, FBI/FOIA Records, Bates No. ___, dated ___] | FBI file number, FOIA production number, Bates number, date, or agency response. |
| Exhibit C-3 | [Ex. C-3, Police/Municipal Record, Report No. ___, dated ___] | Police report number, municipal record number, agency name, date, and custodian. |
| Exhibit C-4 | [Ex. C-4, Residence/Property Record for 145 Tyler, Highland Park, MI, dated ___] | Property, occupancy, utility, mail, photograph, or witness record details. |
| Exhibit C-5 | [Ex. C-5, Government/Military/Identification Record, Record ID ___, dated ___] | Government, military, intelligence, or identification record source and date. |
| Exhibit C-6 | [Ex. C-6, Witness Statement/Contact Record of ___, dated ___] | Witness name, declaration date, contact log, call record, or subpoena response. |
| Exhibit C-7 | [Ex. C-7, Communications Involving “El-Chopa”/“Hafeez,” message/call dated ___] | Call log, message, photograph, account record, travel record, or identity record details. |
| Exhibit C-8 | [Ex. C-8, Payment/Credit/Compensation Record, Bates No. ___, dated ___] | Reward, informant payment, credit, protection, employment benefit, or compensation record details. |

**Matching Exhibit Labels for Evidence Sources**

| **Exhibit Label** | **Evidence Source** | **Description / Use** |
|---|---|---|
| Exhibit C-1 | Case No. 2:09-cv-14238 deposition transcript | Deposition transcript and page-line citations supporting testimony-based allegations regarding identity, residence, discovery, and compensation issues. |
| Exhibit C-2 | FBI records and FOIA materials | FBI files, communications, informant records, payment records, reward records, investigative notes, and claim-response records. |
| Exhibit C-3 | Police reports and municipal records | Highland Park, Detroit, chief-of-police, incident, and municipal records concerning 145 Tyler, alleged inaccurate statements, and local knowledge. |
| Exhibit C-4 | Residence, property, and location records | Property, occupancy, utility, mail, photograph, and witness records concerning 145 Tyler, Highland Park, Michigan. |
| Exhibit C-5 | Military, government, and identification records | Official, military, intelligence, law-enforcement, or public identification records relevant to alleged misidentification issues. |
| Exhibit C-6 | Witness statements and contact records | Witness declarations, contact information, call logs, visit records, and testimony supporting residence, identity, FBI contact, informant activity, or alleged |

| | | |
|---|---|---|
| | | misidentification. |
| Exhibit C-7 | Communications involving "El-Chopa" and "Hafeez" | Call logs, messages, photographs, account records, travel records, identity records, and related communications tied to identity, location, compensation, or attribution issues. |
| Exhibit C-8 | Payment, credit, and compensation records | Records showing any reward payment, informant payment, credit, protection, employment benefit, or compensation for information or work Plaintiff alleges she provided. |

Federal 6 (b) (3) I just got the mail from the court dated October 8, 2020 on October 30 ,2020 . I haven't been getting my mail but once or twice a month . I been calling the Mail Lady since September 19th 2020 , the last time I received mail at my address . The mail lady hasn't sorted the mail , due to the covid 19 and the post office debate over the election and the Trump administration wanting to remove some sorting machines . In Which Gary Peterson said he was investigating .I didn't get a magistrate Judges report . I only got the mail today on Oct . 30 , 2020 .I have sent several objections to the court in reports , just instinctively because the landscape of the terrorism is changing rapidly , as with Bashar Al- Assad working with Saddam Hussein – Ali – Al- Kindi are working at 18000 Livernois at Savon Grocery Store . I mentioned to Judge Marianne O Battani that Uday Hussein is a "Zohan: who does black women hair at 5900 S. Cornell street .At Ossama 's hair salon, only Saddam Hussein connection is Bashir Al- Assad which is ISIS . The FBI is paying me pretextually to do Terrorism work for them as with

Working with Abu Bakr Al- Baghdaddi , Mullah Krekar , Omar Mateen , Ibn KreKar and The Supreme Ruler of Dubai Rashid Al- Maktoum , to stop ISIS from Killing the Kurds and American soldiers and to get the oil in Iraq and Syria borders on TANF at 9731 Harper Detroit Michigan. . I did not make these things up and would not waste the court or the FBI time .The FBI has been using me to do work for them, Geographically profiling the Most Wanted World Leaders and Most wanted Terrorist . The FBI before I came into the picture in 2005 the FBI was getting bait and switch by Highland Park Police , leading them to a compound near Lahore , when Osama Bin Laden number 1 and number 2 was already in America.

Osama Bin Laden Number 1- Gustavo Guerrero was not in a secret detention , as was Osama Bin Laden Number 2 _ Aaron Labarrie – who was forced to make Terrorist tapes because he was going to go into business with George W. Bush on an oil company for 50 billion dollars . Gustavo Guerrero – Osama Bin Laden Number 1 is the one work fought in Afghanistan with the Taliban for America . I need to express the difference in whose retained by the FBI or CIA. When the secret detention is open and unguarded its usually is a terrorist that has opened this secret detention . As with Kim Jong UN , his secret detention was open.

Omar Mateen is alive and the same technique the FBI used to put Tupac Shakur- Harry Davis on the Terrorism List and said he was dead , is the exact same thing the FBI is doing with Abu Bakr Al- Baghdaddi and Omar Mateen , who called the police in Florida and told the police he works for the Mujahadeen. Just as I did my part to stop ISIS from Killing the Kurds in Iraq by doing my part by Geographical profiling for my Boss Sahar Odurn , who businesses were taken over by the Most wanted World Leaders and Most wanted Terrorist . My Objection is Highland Park Police Officer was indicted for lying to the FBI not Veretta Burnett . Highland Park Police Chief Theodore Caldwell II and Srgt. Stevenson credibility should be questioned ,

they were indicted by the FBI Detroit Office Kareema Mahoun the Federal Prosecutor – at Srgt . Stevenson trial I was questioned about Osama Bin Laden number 1 – Gustavo Guerrero who turned himself into me under Mohamet With Company. I want to sue the FBI for taking Tupac and detaining him when I lived with him in 2004 in New Jersey , in which after 2004 I and my children have suffered physically , mentally , and financially because the FBI hasn't paid me for the work I have done after Tupac – Harry Davis was taken for working with Assata Shakur.

The FBI gave Abu Kar Al- Bagahdadi a new life working at 9731 Harper. The Court Has My boss Sahar Odurn phone number Ask Chris Hess-7 , and David Harmon to authenticate what I am saying . Hess-7 and Harmon need to do their job . I also did my part , the FBI didn't know this meeting locations or where it took place , just that it was happening .

. The FBI has been using me do this work.

I want to be paid for the injuries I and my children have suffered as I have worked for the FBI locating said Terrorist and Most Wanted World Leaders , accomplishing goals that benefit America the United States. In 2016 I help make sure American soldiers could safely secure the oil wales in TANF which was used as lower gas prices during the COVid – 19 Pandemic .

This is an objection and motion to compel once again the FBI to pay me 15 million dollars for the work I have done for the FBI Geographically profiling George W. Bush 7 State Sponsors of Terrorism, Including Saddam Hussein , Uday , and Qsay Hussein . Kim Jong Un,

Kim Jong Nam. Rule 17 (3) (c ) Also to compel the FBI to pay my children 5 million dollars each for the suffering they have endured while I located the Most wanted Terrorist and World Leaders for them, including Osama Bin Laden Number 1 and Osama Bin Laden Number 2 ( FBI agent Chris Hess -7 and David Harmon to assist )

The FBI has a tendency to outright lie and use domestic terrorism tactics to deceive the population for political reasons . . Example is with Rapper Tupac Shakur . The FBI told the world that Tupac was dead , and showed the world a dead body and autopsy report of Tupac Shakur -aka Harry Davis . Tupac was never dead , he was on the FBI terrorism list in an secret detention . Yet the FBI allowed millions of people to believe that Tupac was dead , rather than tell the world he was on the FBI Terrorist list for aiding Assata Shakur, they devised a dead body and put it on display for the world to mourn Tupac .This is an FBI Tactic .Since there is no law on the Books for Domestic Terrorism – The FBI uses those tactics of showing fake death tapes , of said world leaders and Most wanted terrorist to keep the American people satisfied and feeling secure . When this happens – I am called in to find the World leaders and Most Wanted Terrorist – Because the FBI and Military are outright lying and covering up the fact that they never caught or detained these World Leaders but instead committed a form of Domestic Terrorism – by coercing the American Population that the world Leaders and Most wanted Terrorist are dead . in case

794 F.2d 806

20 Fed. R. Evid. Serv. 1367

**UNITED STATES of America, Appellee,**
**v.**
**Chokwe LUMUMBA, Appellant.**

No. 747, Docket 85-1106.

## United States Court of Appeals, Second Circuit.

Argued Jan. 27, 1986.
Decided June 27, 1986.

Harry A. Davis, Detroit, Mich., Robert Dawkins, arguing pro hac vice, for appellant.

Paul E. Summit, Asst. U.S. Atty. (Rudolph W. Giuliani, U.S. Atty., for S.D.N.Y., Stuart E. Abrams, Asst. U.S. Atty., of counsel), for appellee.

Before FRIENDLY,* OAKES, and WINTER, Circuit Judges.
OAKES, Circuit Judge:

Harry A. Davis from Detroit Michigan Is Tupac the Rapper . I did not catch him for the FBI – he was already detained by the FBI .Right out of the California hospital Tupac – Harry Davis was detained . Harry Davis- Tupac argued Ad Hoc for Assata Shakur. The FBI or who ever run TV put a dead body of Tupac Shakur aka Harry A. Davis who made Joy Rd. the Movie with the same rappers from Tupac old Movies like Wood Harris .Mary J. Bleige , Lil Kim – they all did movies in 2001-2011 with Tupac – Harry Davis under the FBI .

## Exhibit B — Case No. 2:09-cv-14238 and Deposition Materials

I was Deposition about Osama Bin Laden Number 1 and Osama Bin Laden Number 2 in February ,2011 because the FBI knew that the intelligence I was giving them regarding the detainment of Osama Bin Laden Number 2 by Chief of Police Caldwell was true . Osama Bin Laden Number 2 – Aaron Labarrie is still alive and Yet the police Terrorist or other terrorist groups have access to both Osama Bin Ladens to exploit them to commit new Terrorist attacks .If the court Just check with the FBI , the court will see that Tupac – was not dead , he was on the FBI terrorist list , and was just removed from the FBI terrorist list , If Tupac was dead why would the FBI remove his name from the Terrorism list . It is because this is a tactic of the FBI to erase a person from the public by deceitfully lying to the Public and American population –

telling us they are dead , when in actuality they are being detained in a secret detention in Tupac's case . However In the case of KIM Jong Un - he is being detained by White Supremacy groups who seek to kill police departments and Government entities . Such as Governor Whitmore , Debbie Stabinow , Jane Bashara …… and if the KKK white supremacy groups cant kill them physically through reconnaissance , then they seek to destroy the Authoritative White Women in Government and politics through sex scandals. Such as Jane Bashara when Bob Codden a former tax paying dues member of the KKK put a hit out on Jane Bashara and her entire family . After Debbie Stabinow protected Mattie Moroune bridges the terrorist went after Debbie Stabinow husband in a sex scandal . Yes the real police raided the sex sting Debbie Stabinow husband was in . The sex sting was meant to destroy Debbie Stabinow . Since Trump Taxed China , China fed Kim Jong UN infected Covid 19 (SARS 2) Rats , to cause a global pandemic to stop Trump . All the Court has to do is verify the FBI Terrorism List . You can call Tupac Shakur – Harry Davis .. He will tell you himself he was on the FBI terrorism list and was never dead – this is a tactic the . FBI uses until they find the Most wanted Terrorist or Most wanted World Leader. This way they can cut the most wanted person off from his or her family friends , job, bank accounts etc. This is a Tactic the FBI uses which is the basis of my complaint . The World Leaders an Most Wanted Terrorist are detailed in this complaint . The court should compel the FBI to pay me for Geographically profiling , and Administrative profiling the World Leaders and Most wanted Terrorist , because all the FBI do is a form of Domestic Terrorism which is coercing the American people to believe that the FBI and Military are keeping them safe from this World Leaders and Most wanted Terrorist when I am doing the work , myself for the FBI Chris Hess-7 , David Harmon, Gwen Rosenthal. Who was let go from the FBI because I believe she was listening to Ali – Al-Kindi aka Saddam

Hussein who bait and switch the world Leaders to the FBI . From my experience working with Saddam Hussein – Ali Al- Kindi he is a liar , he lies about the work the world leaders do then he will lead you in the wrong direction if you don't fight him physically and question him like an interrogation about the world Leaders . Saddam Hussein- Ali Al- Kindi uses anthrax and fights black females who don't go along with the bait and switch to the Government . I told the court exactly who and where everyone is . All the court has to do is investigate .

under Federal Rule of Civil Procedure 60(b)(6) Definition. **States that a court may grant relief from a judgment on any reason justifying relief from the operation of the judgment**. Relief under Rule 60(b)(6) is extraordinary relief, and it is granted in the interest of justice. The rule is essentially one of equity and fairness.

Which is why I veretta Burnett should be allowed to continue with my case in due to the fact I warned The United States Government – Through Marianne O Battani Rule (44) , in 2013 about Vladimir Putin – plan to attack America in some way . In 2016 we find that the Russians colluded to interrupt the 2016 Campaigns of Hillary Clinton and Donald Trump. By 2013 I also Made Marianne O . Battani aware about the Kidnap of my son Farrad Al-Kindi from a Detroit Public School. By 2017 I did pay the filing fee's to alert Marianne O. Battani that Kim Jong Un the leader of North Korea was eating rats and then servicing Black women by doing their acrylic nails at 12027 Woodward in Highland Park Mi. Eating raw rats causes the Covid 19 especially If they are

being shipped in from China and they are infected already with the covid 19 virus. Judge Marianne O. Battani is directly refusing to give me and my children justice under the facts and rule of law. The White Supremacy Groups have access to Kim Jong Un artillery and weapons in which the Russians want to put nuclear war heads on Kim Jong Un intercontinental ballistic Missiles .

**Rule 44. Proving an Official Record of the Police report sent to Marianne O Battani regarding Vladimir Putin , and Qari Bilal who kidnapped my son in 2014, Also was a detailed report given to Kaplan University in 2012 about the whereabouts of the Missing World Leaders and Most Wanted Terrorist**

(a) MEANS OF PROVING.

(1) *Domestic Record.* Each of the following evidences an official record—or an entry in it—that is otherwise admissible and is kept within the United States, any state, district, or commonwealth, or any territory subject to the administrative or judicial jurisdiction of the United States:

(A) an official publication of the record; or

(B) a copy attested by the officer with legal custody of the record—or by the officer's deputy—and accompanied by a certificate that the officer has custody. The certificate must be made under seal:

(i) by a judge of a court of record in the district or political subdivision where the record is kept; or

(ii) by any public officer with a seal of office and with official duties in the district or political subdivision where the record is kept.

(2) *Foreign Record.*

(A) *In General.* Each of the following evidences a foreign official record—or an entry in it—that is otherwise admissible:

(i) an official publication of the record; or

To show " Extraordinary circumstances" in justifying the reopening of a final judgement. The fact that the KKK and white Supremacy groups are going after the Government including Governor Whitmer , using the same pizza delivery tactics as they did to kill a Judge Esther Salas son and shot her husband .

The extraordinary circumstances is I have not been paid for the work I have done for the FBI. Baker V. Wingo (407 U.S. 514(1972) a deliberate attempt to delay trail in order to hamper Veretta Burnett the Plaintiff from relief under Rule 60 (b) for justice and fairness, should be weighed heavily against the Government . I am being denied the right to an impartial Judge . In Tumey v Ohio (273 U.S510(1927) In the case the Judge of a municipal court was also the city Mayor ,( as with Mayor Yopp of Highland Park ) . I am asking the FBI to pay me for the work I have done finding the world leaders and most wanted Terrorist including Kim Jong Un whose being kept in a secret detention by white supremacy groups who are threatening a civil race war. . The Supreme Court concluded that due process is violated when a judge has a direct , personal, substantial pecuniary interest in reaching a conclusion against him /her. Federal Judge Marianne O. Battani as the court -room work group already listened to Sean P. Cabot P-64021 who was directly showing willful misconduct and negligence in my original case 2:09-14238 by lying to Judge Marianne O . Battani about my case and spying on wire taps.

Rule 611 (b) Mode and Order of Examining Witnesses and Presenting Evidence **(b) Scope of Cross-Examination.** Cross-examination should not go beyond the subject matter of the direct examination and matters affecting the witness's credibility. The court may allow inquiry into additional matters as if on direct examination.

**(c) Leading Questions.** Leading questions should not be used on direct examination except as necessary to develop the witness's testimony. Ordinarily, the court should allow leading questions:

**(1)** on cross-examination; and

**(2)** when a party calls a hostile witness, an adverse party, or a witness identified with an adverse party which is Shawn Cabot and Law Offices Of Christopher Trainor and Associates, during our Conversation Christopher Trainor apologized Shawn Cabot didn't take care of my case."… Shawn Cabot was willfully negligent on purpose and showed willful misconduct which caused me injuries financially as well affected my life today as well as my children. Jacket number 07-474207N ( 09-151180 DS)

( Shawn Cabot-P-64021 told me he was going to lie to the Federal Judge Marianne O Battani at the Detroit Main Library during an attorney client meeting Rule 11( b) (2)(3) . Whereas we

were in the children room of the Detroit Main Library at 5201 Woodward Avenue Det. Mi. , where the librarian had to tell Shawn Cabot to be quite its children in the room because Shawn Cabot was yelling , " how he was going to lie to the Judge, how he has been wearing the same suit for 7 years , while I was crying asking him do I still have to have sex with the terrorist? The facts will show on a wiretap that Shawn Cabot-P-64021 Rule 11 (b) (2)(3) heard Osama Bin Laden number 2 Aaron Labarrie , turn himself into me( Me, representing Chris Hess-7 as his personal confidential informant -consultant as Mohamet with Company ) and told me he'd( Osama Bin Laden number 2- Aaron Labarrie ) rather give me the money – Only there wasn't any money it was the connections to the Osama Bin Laden Terrorist Tapes which included Mayor Yopp of Highland Park City and Chief Of Police Theodore Caldwell II , and Hamza Bin Laden , to turn over to the Detroit FBI, specifically Chris Hess-7 , David Harmon , and Gwen Rosenthal . ( According to History.com The Patriot Act. August 21, 2018 –

a. The Patriot act allowed law enforcement to use surveillance and wiretapping to investigate terror related crimes. ( as Shawn Cabot took my case to hide discovery)
b. The Patriot act allowed federal agents to request court permission to use roving wiretaps to track a specific terrorist suspect.
c. The Patriot Act provided aide to Terrorism Victims and Public Safety officers involved in the investigations or preventing terrorism or responding to terrorism attacks.

While the USA Freedom ACT which had not existed in 20111 during the Osama Bin Laden Deposition of myself , Veretta Burnett. The USA Freedom ACT cannot be taken into account because President Barack Obama didn't sign it into law unto June 6, 2015.